## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HORNBECK OFFSHORE SERVICES, INC., *et al.*,[1] | ) | Case No. 20-32679 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DEBTORS' APPLICATION FOR
## ENTRY OF AN ORDER AUTHORIZING THE
## RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP
## AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR
## THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF MAY 19, 2020

> **THIS APPLICATION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this application (this "Application") for the entry of an order (the "Order"), substantially in the form attached hereto, authorizing the Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date (as defined herein).  In support of this Application, the Debtors submit the declaration

---

[1]    Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/hornbeck.  The location of the Debtors' service address is:  8 Greenway Plaza, Suite 1525, Houston, Texas 77046.

of Ryan Blaine Bennett, the president of Ryan Blaine Bennett, P.C., a partner of Kirkland & Ellis LLP, and a partner of Kirkland & Ellis International LLP (the "Bennett Declaration"), which is attached hereto as **Exhibit A** and the declaration of James O. Harp, Jr., the Executive Vice President and Chief Financial Officer of Hornbeck Offshore Services, Inc., which is attached hereto as **Exhibit B** (the "Harp Declaration," together with the Bennett Declaration, the "Declarations").  In further support of this Application, the Debtors respectfully state as follows.

### Jurisdiction and Venue

4.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  The Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

5.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Bankruptcy Rules 2014(a) and 2016, and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Bankruptcy Rules").

### Background

7.      The Debtors (together with their non-Debtor affiliates, the "Company") are a leading provider of marine transportation, subsea installation, and accommodation support services to exploration and production, oilfield service, offshore construction, and U.S. military customers.  Since its establishment, the Company has been primarily focused on providing

innovative and technologically advanced marine solutions to meet the evolving needs of the deepwater and ultra-deepwater energy industry. The Company also provides strategic services to the United States through a variety of contracts with the Military Sealift Command. Headquartered in Covington, Louisiana, the Company's operations are extensive and span across the Gulf of Mexico, Mexico, Brazil, and other foreign regions around the world.

8.      On May 19, 2020 (the "Petition Date"), each Debtor[2] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code. On May 19, the Court entered an order [Docket No. 29] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b). No entity has requested the appointment of a trustee or examiner in these chapter 11 cases.

9.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of James O. Harp, Jr., Executive Vice President and Chief Financial Officer of Hornbeck Offshore Services, Inc., in Support of the Chapter 11 Petitions and the First Day Motions* filed on the Petition Date [Docket No. 4], incorporated herein by reference.

## Relief Requested

10.      By this Application, the Debtors seek the entry of the Order authorizing the retention and employment of Kirkland as their attorneys in accordance with the terms and conditions set forth in that certain engagement letter between the Debtors and Kirkland effective

---

[2]    HOS WELLMAX Services, LLC filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court on March 31, 2020.

as of June 29, 2017 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to the Order and incorporated herein by reference.

### Kirkland's Qualifications

11.     The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

12.     Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *See e.g. In re Whiting Petroleum Corp.*, No. 20-32021 (DRJ) (Bankr. S.D. Tex. May 6, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (DRJ) (Bankr. S.D. Tex. April 24, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ) (Bankr. S.D. Tex. Jan. 23, 2020); *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 21, 2019); *In re Vanguard Natural Resources, Inc.*, No. 19-31786 (DRJ) (Bankr. S.D. Tex. May 14, 2019); *In re Jones Energy, Inc.*, No. 19-32112 (DRJ) (Bankr. S.D. Tex. May 6, 2019); *In re Westmoreland Coal Company,* No. 18-35672 (DRJ) (Bankr. S.D. Tex. Nov. 14, 2018); *In re iHeartMedia, Inc.*, No. 18-31274 (MI) (Bankr. S.D. Tex. Apr. 12, 2018); *In re EXCO Res., Inc.*, No. 18-30155 (MI) (Bankr. S.D. Tex. Feb. 22, 2018).[3]

13.     In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  The Debtors believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

---

[3]     Because of the voluminous nature of the orders cited in this Application, they are not attached to this Application. Copies of these orders are available upon request to Kirkland.

## Services to be Provided

14.     Subject to further order of the Court, and consistent with the Engagement Letter, the Debtors request the retention and employment of Kirkland to render the following legal services:

     a.     advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

     b.     advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

     c.     attending meetings and negotiating with representatives of creditors and other parties in interest;

     d.     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

     e.     preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

     f.     representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

     g.     advising the Debtors in connection with any potential sale of assets;

     h.     appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

     i.     advising the Debtors regarding tax matters;

     j.     taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

     k.     performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

## **Professional Compensation**

15.     Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

16.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

17.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

---

[4]     For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

18.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

19.     Kirkland represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above or Kirkland's then current hourly rates as set forth in the Bennett Declaration.  Moreover, these hourly rates are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

20.     The rate structure provided by Kirkland is appropriate and not significantly different from (a) the rates that Kirkland charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kirkland will perform in these chapter 11 cases.

---

[5]   Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]   For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of:  (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business-days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file any such notice with the Court.

21.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

22.     To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.   In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

23.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Kirkland does not charge its clients for incoming facsimile transmissions.  Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

24.     Per the terms of the Engagement Letter, on January 30, 2020, the Debtors paid $1,000,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $7,205,889.55 in the

aggregate. As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[7]

25.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

26.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date. Although certain expenses and fees may have been incurred but not yet applied to Kirkland's advance payment retainer, the amount of Kirkland's advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

## Kirkland's Disinterestedness

27.     To the best of the Debtors' knowledge and as disclosed herein and in the Bennett Declaration, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or

---

[7]     The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Bennett Declaration.

28.    Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## Supporting Authority

29.    The Debtors seek retention of Kirkland as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

30.    Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

31.    The Debtors submit that for all the reasons stated above and in the Bennett Declaration, the retention and employment of Kirkland as counsel to the Debtors is warranted.

Further, as stated in the Bennett Declaration, Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Bennett Declaration.

### Notice

32.     The Debtors will provide notice of this Application to the following parties or their respective counsel:  (a) the U.S. Trustee for the Southern District of Texas; (b) entities listed as holding the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) the agent for each of the Debtors' term loans, and counsel thereto; (d) the indenture trustee for each of the Debtors' unsecured notes, and counsel thereto; (e) the United States Attorney's Office for the Southern District of Texas; (f) the Internal Revenue Service; (g) the United States Securities and Exchange Commission; (h) the Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; (i) the state attorneys general for states in which the Debtors conduct business; (j) Davis Polk & Wardwell LLP, counsel to the Secured Lender Group and proposed debtor-in possession lenders; (k) Milbank LLP, counsel to the Noteholder Committee and the proposed debtor-in-possession lenders; and (l) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated: May 26, 2020
      Houston, Texas

*/s/ James O. Harp, Jr.*
James O. Harp, Jr.
Executive Vice President and Chief Financial Officer
Hornbeck Offshore Services, Inc.

## **<u>Certificate of Service</u>**

I certify that on May 26, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

## EXHIBIT A

**Bennett Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORNBECK OFFSHORE SERVICES, INC., *et al.*,[1] | ) | Case No. 20-32679 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF RYAN BLAINE BENNETT IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF MAY 19, 2020

I, Ryan Blaine Bennett, being duly sworn, state the following under penalty of perjury:

1. I am the president of Ryan Blaine Bennett, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland"). I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice in United States Supreme Court, the United States Courts of Appeals for the Federal and Seventh Circuits, and the United States District Court for the Eastern District of Michigan, the Western District of Michigan, and the Northern District of Illinois. There are no disciplinary proceedings pending against me.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/hornbeck. The location of the Debtors' service address is: 8 Greenway Plaza, Suite 1525, Houston, Texas 77046.

2.      I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 19, 2020* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

3.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

4.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *See e.g. In re Whiting Petroleum Corp.*, No. 20-32021 (DRJ) (Bankr. S.D. Tex. May 6, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (DRJ) (Bankr. S.D. Tex. April 24, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ) (Bankr. S.D. Tex. Jan. 23, 2020); *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 21, 2019); *In re Vanguard Natural Resources, Inc.*, No. 19-31786 (DRJ) (Bankr. S.D. Tex. May 14, 2019); *In re Jones Energy, Inc.*, No. 19-32112 (DRJ) (Bankr. S.D. Tex. May 6, 2019); *In re Westmoreland Coal Company,* No. 18-35672 (DRJ) (Bankr. S.D. Tex. Nov. 14, 2018); *In re iHeartMedia, Inc.*, No. 18-31274 (MI) (Bankr. S.D. Tex. Apr. 12, 2018); *In re EXCO Res., Inc.*, No. 18-30155 (MI) (Bankr. S.D. Tex. Feb. 22, 2018).[3]

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

[3]   Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

5.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

## Services to Be Provided

6.      Subject to further order of the Court and that certain engagement letter dated June 29, 2017 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

    a.      advising the Debtors with respect to its powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

    b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

    c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

    d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

    e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

    f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

    g.      advising the Debtors in connection with any potential sale of assets;

    h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

    i.      advising the Debtors regarding tax matters;

3

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

### Professional Compensation

7.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

8.      Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

4

9.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

10.    Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

11.    It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples

---

[4]   For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]   Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]   For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

12.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries. Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity. In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

13.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States. Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

**<u>Compensation Received by Kirkland from the Debtors</u>**

14.     Per the terms of the Engagement Letter, on January 30, 2020, the Debtors paid $1,000,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $7,205,889.55 in the aggregate. As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon

Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[7]

15.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's advance payment retainer, Kirkland's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

16.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

### Statement Regarding U.S. Trustee Guidelines

17.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing*

---

[7]   The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

### Attorney Statement Pursuant to Revised UST Guidelines

18.       The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.  **Question**:  Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**:  No.  Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.  **Question**:  Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**:  No.  The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.  **Question**:  If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:  Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [8]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

Kirkland represented the Debtors from January 1, 2019 to December 31, 2019, using the hourly rates listed below.

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,025-$1,795 |
| Of Counsel | $595-$1,705 |
| Associates | $595-$1,125 |
| Paraprofessionals | $235-$460 |

d.   **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes, for the period from the Petition Date through July 7, 2020.

### Kirkland's Disinterestedness

19.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland

---

8    While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.   Further, beyond the individual emails, Kirkland sent a daily report of new matters firm-wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  The Debtors did not receive any answers in the affirmative to these emails.  Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

20.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases.  Kirkland has searched on its electronic database for its connection to the entities listed on **Schedule 1** attached hereto.  The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases.  Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information.  The following is a list of the categories that Kirkland has searched:[9]

| Schedule | Category |
|----------|----------|
| 1(a) | Known Debtor Affiliates |
| 1(b) | Director/Officer |
| 1(c) | Significant Shareholders |
| 1(d) | Bankruptcy Judges |
| 1(e) | Bankruptcy Professionals/Ordinary Course Professionals |
| 1(f) | Banks/Bondholders/Purported Secured Creditors/Administrative Agents |
| 1(g) | Top Vendors |

---

[9]   Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

10

1(h)          Governmental/Regulatory Agencies/Unions
1(i)           Insurance/Surety Bonds
1(j)           Investment Banker
1(k)          Landlords
1(l)           Litigation
1(m)         Significant Customers
1(n)          U.S. Trustee Office Personnel
1(o)          Utilities

21.     To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

22.     Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[10]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist

---

[10]   As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

23.     Of the entities listed on **Schedule 2**, only one, The Blackstone Group, Inc., represented more than one percent of Kirkland's fee receipts for the twelve months preceding the Petition Date.[11]   The Blackstone Group is an affiliate of Solus Alternative Asset Management LP ("Solus"), one of the Debtors' shareholders and bondholders.

24.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(o)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

25.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described herein.

26.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to

---

[11]   Specific percentages will be disclosed to the U.S. Trustee upon request.

identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

27.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

28.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

29.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

### Specific Disclosures

30.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

**A.      Connections to Holders of Equity Interests in the Debtors.**

31.   As disclosed in **Schedule 2** attached hereto, certain of the Debtors' debt and equity holders are current, former, or closed clients of Kirkland.  All current or prior representations of the Debtors' equity holders have been unrelated to the Debtors and these chapter 11 cases.

32.   As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, Solus on a variety of matters.  Solus owns approximately 4.8% of the equity interests in Hornbeck Offshore Services, Inc. (as of April 21, 2020) and certain of the Debtors' unsecured notes.  Kirkland's representation of Solus accounted for less than one percent of Kirkland's fee receipts for the twelve-month period preceding the Petition Date.  All current or prior Kirkland representations of Solus have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe Kirkland's current or former representations of Solus preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.      Connections to Restructuring Support Agreement Parties**

33.   As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, each of Solus, Morgan Stanley & Co, LLC, Ares Management LLC, Canyon Capital Advisors LLC, Citigroup Global Markets Inc., Oak Hill Advisors LP, Highbridge Capital Management LLC, Bank of America NA, and/or certain of their subsidiaries and affiliates (collectively, the "RSA Parties") in a variety of matters.  The RSA Parties are holders of the Debtors' unsecured notes or secured debt.  Kirkland's representations of each of the RSA Parties accounted for less than one percent of Kirkland's fee receipts for the twelve-month period preceding the Petition Date.  Kirkland has not represented and will not represent the RSA Parties in connection with any matter in these chapter 11 cases.  All current or former Kirkland representations of each of the RSA Parties have been in matters unrelated to the Debtors and these

14

chapter 11 cases.  I do not believe Kirkland's current or former representations each of the RSA Parties preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.      Connections to Certain Financial Counterparties**

34.    As disclosed in **<u>Schedule 2</u>** attached hereto, Kirkland currently represents, and has formerly represented, certain entities which comprise one or more of the following:  (a) a noteholder or prepetition lender to the Debtors; (b) an entity with which the Debtors have a banking relationship; or (c) an agent under the Debtors' prepetition credit facility and/or certain of their affiliates (collectively the "<u>Financial Counterparties</u>") in a variety of matters.

35.    All current or prior representations of the Financial Counterparties have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current or former representations of the Financial Counterparties preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**D.      Connections to Other Entities.**

36.    As disclosed in **<u>Schedule 2</u>** attached hereto, certain Debtor customers in these chapter 11 cases are current or former Kirkland restructuring clients, including McDermott International, Inc. and/or certain of their affiliates (the "<u>Customers</u>").  Certain of the Debtors or their non-Debtor affiliates or other entities associated with the Debtors are creditors of entities that Kirkland currently represents or has represented in bankruptcy proceedings or post-effective date claims processes.  Kirkland will not represent the Debtors, the Debtors' non-Debtor affiliates, or other entities associated with the Debtors in any matter related to the Customers' restructuring matters.  Similarly, Kirkland will not represent the Customers against the Debtors in any of the Customers' restructuring matters.  I do not believe Kirkland's current or former representations of

the Customers precludes it from meeting the disinterestedness standard under the Bankruptcy Code.

**E.      Other Chapter 11 Professionals.**

37.     As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and formerly has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases.  All current or former Kirkland representations of these professionals have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented and will not represent any such professionals in connection with any matter in these chapter 11 cases.  I do not believe that Kirkland's current or former representations of these professionals preclude it from meeting the disinterestedness standard under the Bankruptcy Code.

38.     On May 20 2020, the Court approved Stretto (together with its affiliate Stone Point Capital LLC, "Stretto") as the Debtors' notice and claims agent.[12]  As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, Stretto in a variety of matters.  All current or prior Kirkland representations of Stretto have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current or former representations of Stretto preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.     The Debtors' proposed investment banker and financial advisor is Guggenheim Securities, LLC (together with its direct and indirect affiliates, "Guggenheim").  As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented,

---

[12]   *See Order Authorizing the Retention and Appointment of Stretto as Claims, Noticing, and Solicitation Agent for the Debtors* [Docket No. 31].

Guggenheim and certain of its direct or indirect affiliates in a variety of matters. All current or prior Kirkland representations of Guggenheim have been in matters unrelated to the Debtors or these chapter 11 cases. I do not believe that Kirkland's current or former representations of Guggenheim preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40. The Debtors' proposed independent tax advisor is Ernst & Young LLP (together with its direct and indirect affiliates, "**E&Y**"). As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, E&Y and certain of its direct or indirect affiliates in a variety of matters. All current or prior Kirkland representations of E&Y have been in matters unrelated to the Debtors or these chapter 11 cases. I do not believe that Kirkland's current or former representations of E&Y preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**F.     Kirkland Attorney and Employee Investments.**

41. From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge. Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not

17

know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

42.     From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales.  And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund.  To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

43.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one

of the Debtors, their creditors, or other parties in interest in these chapter 11 cases.  Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**G.    Former Clerks.**

44.    The following Kirkland employees had clerkships in the United States Bankruptcy Court for the Southern District of Texas during the last three years (together, the "Former Clerks"):

45.    Anna E. Swanson, a Kirkland associate, was a law clerk for the Honorable Alfred H. Bennett of the United States Bankruptcy Court for the Southern District of Texas from August 2017 until August 2019.  Ms. Swanson began working at Kirkland in April 2019 and had no connection with the Debtors' chapter 11 cases while working for the court.

46.    Camille E. Peeples, a Kirkland associate, was a law clerk for the Honorable Andrew S. Hanen of the United States Bankruptcy Court for the Southern District of Texas from 2018 until 2019.  Ms. Peeples began working at Kirkland in September 2019 and had no connection with the Debtors' chapter 11 cases while working for the court

47.    Mya L. Johnson, a Kirkland associate, was a law clerk for the Honorable Stephen Smith of the United States District Court for the Southern District of Texas from August 2017 to July 2018.  Ms. Johnson began working at Kirkland in September 2018 and had no connection with the Debtors' chapter 11 cases while working for the court.

48.    I do not believe that the Former Clerks' work for the court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**H.     Other Disclosures.**

49.     Finally, certain interrelationships exist among the Debtors.   Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.   Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

50.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co (together with its affiliates, "JPMorgan").   The Debtors have a banking relationship with JPMorgan.   Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

51.     James H.M. Sprayregen, a Kirkland partner, worked as an attorney at Kirkland from July 1990 until June 2006 and rejoined the firm in December 2008. From June 2006 until December 2008, prior to rejoining the firm, Mr. Sprayregen was co-head of the restructuring group of Goldman Sachs Americas, where he advised U.S. and international clients in restructuring and distressed situations.   Certain affiliates of Goldman Sachs are holders of bonds in the Debtors.   As described above, Goldman Sachs is a client of the firm and disclosed on **Schedule 1(f)** attached hereto.   I do not believe that Mr. Sprayregen's prior employment at Goldman Sachs precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

52.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.   Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.   Kirkland's formal ethical screen provides sufficient safeguards and procedures to

20

prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

53.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows:  (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

## Affirmative Statement of Disinterestedness

54.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 26, 2020                                    Respectfully submitted,

                                    /s/ Ryan Blaine Bennett
                                    Ryan Blaine Bennett
                                    as President of Ryan Blaine Bennett, P.C., as
                                    Partner of Kirkland & Ellis LLP; and as Partner
                                    of Kirkland & Ellis International LLP

# SCHEDULE 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Ryan Blaine Bennett in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 19, 2020* (the "Bennett Declaration").[1]   Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Bennett Declaration, matching the incomplete or ambiguous name.

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Known Debtor Affiliate |
| 1(b) | Director/Officer |
| 1(c) | Shareholders |
| 1(d) | Bankruptcy Judges |
| 1(e) | Bankruptcy Professionals/Ordinary Course Professionals |
| 1(f) | Banks/Bondholders/Purported Secured Creditors/Administrative Agents |
| 1(g) | Top Vendors |
| 1(h) | Governmental/Regulatory Agencies/Unions |
| 1(i) | Insurance/Surety Bonds |
| 1(j) | Investment Banker |
| 1(k) | Landlords |
| 1(l) | Litigation |
| 1(m) | Significant Customers |
| 1(n) | U.S. Trustee Office |
| 1(o) | Utilities |

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bennett Declaration.

## SCHEDULE 1(a)

### Known Debtor Affiliate

Energy Services Puerto Rico LLC
HOI Holding LLC
HON Navegacao II Ltda.
Hornbeck Offshore (Trinidad & Tobago) Ltd.
Hornbeck Offshore Cayman Ltd.
Hornbeck Offshore International LLC
Hornbeck Offshore Navegacao Ltda.
Hornbeck Offshore Operators de Mexico S. de RL de CV
Hornbeck Offshore Operators LLC
Hornbeck Offshore Rigging Services & Equipment LLC
Hornbeck Offshore Services de Mexico S. de RL de CV
Hornbeck Offshore Services Inc.
Hornbeck Offshore Services LLC
Hornbeck Offshore Specialty Services LLC
Hornbeck Offshore Transportation LLC
Hornbeck Offshore Trinidad & Tobago LLC
HOS de Mexico II S. de RL de CV
HOS de Mexico III S. de RL de CV
HOS de Mexico S. de RL de CV
HOS Holding LLC
HOS International Inc.
HOS Leasing de Mexico SA de CV SOFOM ENR
HOS Port II LLC
HOS Port LLC
HOS Wellmax Services LLC
HOS-IV LLC
KMS 124 LLC
Seahorse Crew Management Ltd.
TN Percheron S. de RL de CV

## __SCHEDULE 1(b)__

### __Director/Officer__

Alfaro Perez, Eduardo Enrique
Annessa, Carl G.
Cook, John
Gang, Rob
Giberga, Samuel A.
Harp, James O.
Hornbeck, Larry
Hornbeck, Todd M.
Hunt, Bruce
Krablin, Steve
McCarthy, Timothy P.
Melcher, Patricia B.
Meyers, Kevin O.
Myrtue, Mark S.
Parker, R. Clyde, Jr.
Persad, Andre
Persad, Fletch
Persad, Gangacharan
Persad, Nischol
Stewart, Bernie
Swyka, Nicholas L.
Trice, David A.

# SCHEDULE 1(c)

## Shareholders

Brennan, Ray
Canary SC Fund LP
Carrabba, Cherie
Cede & Co.
Cyrus Capital Partners LP
DC Capital Partners LP
Denny, Joel Gregory
FC Investments & Trust PLC
Fine Capital Partners LP
Graff, Nathaniel C.
Grenader, David A.
GTS Securities LLC
Hamer, Gary
Harp, James O., Jr.
Holbrook, Kevin
Hornbeck, Larry D.
Hornbeck, Todd M.
Hornbeck, Troy A.
Kachalsky, Alan N.
Klein, Maria Whitmore
Lane, Rumiko L.
Mackenzie Financial Corp.
Melcher, Patricia B.
Mills, Andrew D.
Ordogne, Paul M.
Parker, R. Clyde, Jr.
Parr, Allan T., Jr.
Whitcher, Bonnie A.
Whitcher, Jonathan
William Herbert Hunt Trust Estate
Wolf, Marshall

## **SCHEDULE 1(d)**

### **Bankruptcy Judges**

Isgur, Marvin
Jones, David R.
Lopez, Chris
Norman, Jeffrey P.
Rodriguez, Eduardo V.

## __SCHEDULE 1(e)__

### __Bankruptcy Professionals/Ordinary Course Professionals__

Amegy Investments Inc.
American Express Co.
American Payroll Association
Brown Rudnick LLP
Cahu Consultoria Empresarial S/S Ltda.
Cameron & Shepherd
Databras Informatica Ltda.
Davis Polk & Wardwell LLP
Dennard Lascar Associates LLC
Ducera Partners LLC
Ernst & Young LLP
Galloway Johnson Thopkins Burr & Smith
Haynes & Boone LLP
Holland & Knight LLP
Jackson Walker L.L.P.
Junta Comercial do Estado
King & Jurgens LLC
Law Offices of Carl Kincaid
Mayer Brown LLP
Milbank LLP
MMW Group LLC
Moelis & Co.
Morelewicz, James F.
Oppenheimer & Co. Inc.
Paul Weiss Rifkind Wharton & Garrison LLP
Pemom Auditores
Planus Contabilidade
Portage Point Partners
Posthlethwaite & Netterville
Proxy Services Corp.
Pugh Accardo Haas Radecker
Ross F. Lagarde APLC
Schonekas Evans McGoey & McEachin LLC
Sidley Austin LLP
Standard & Poor's LLC
Stillwater Property & Casualty Insurance Co.
West LLC
Winstead PC
Wolters Kluwer NV

## <u>SCHEDULE 1(f)</u>

### <u>Banks/Bondholders/Purported Secured Creditors/Administrative Agents</u>

Achenbach, R. Timothy
Ackerman, David A.
Adinolfi, David W.
Afuso, James T.
Ahmed, Irfan Munir
Aingorn, Michael
Aitonas International Corp.
Alarcon, Gabriel Flores
Alexander, John Samuel
Allen, Christopher J.
Allen, John H.
Alligator Fields Enterprises Inc.
Almeda, Brett Elson
Alsobrook, Alice Lynn
Altana Distressed Opportunities Fund SLP
Amber Reed Corp.
Ameriprise Trust Co.
Amin, Biraj D.
Anderson, David W.
Anderson, Kimberlee S.
Anzola Dominguez, Cesar Enrique
Apoian, Phil E.
Ares Management LLC
Aristeia Capital LLC
Aristeia Master LP
Arnold, Walter T.
Arnold, William W.
ASIG International Ltd.
Askin, Rosemary A.
ASN
Asnis, Saul
Asuka, Elsie S.
Athavale, Manoj V.
Athilon Capital Corp. LLC
Athon Family Investments LP
Aulen, Anna
Avila Investment Group Inc.
Azaransky, Jacquelin
B. Riley FBR Inc.
Baldwin, Margaret
Ballis, Robert J.
Balsamo, Daniel

Banco Bradesco SA
Banco Itau BBA SA
Bank of America Merrill Lynch
Bank of America NA
Banque Lombard Odier & Cie SA
Barclays plc
Bareddy, Venkata RR
Barone, Joseph S.
Bassette, Jeffrey
Bastien, Arnaud
Bastien, Maria
Baykal, Berkay
Baylah Wolfe & Julie Lenner Trust
Baylin, Ori
Bayliss, Henry J.
Baytman, Alexander L.
Bean, Clarke Lee
Beard, Leslie
Bell, Gerald
Bendzuch, Judith A.
Benedetto, Warren M.
Benner, Susan S.
Benny P. Phillips Enterprises Ltd.
Benson, Douglas W.
Bergeron, Paul R.
Bergeron, Robert J.
Bertsch, Mark A.
Bevill State Community College
Bhatt, Ashok V.
Binder, Benjamin L.
Bisson, Faulcon L., Jr.
Blackrock Fund Advisors
Blakely, Lester P.
Blanchard, David L.
Blanche Howard Family LP
Blasini de Velasco, Javier F.
Blechschmidt, Edward A.
Blessinger, Wally L.
Blue Skies Enterprises Ltd.
BNY Mellon Asset Management North
    America Corp.
BNY Mellon NA

Boerner, Rebecca A.
Bonaminio, Alfred M.
Bondurant Management LLC
Bondurant Partners LP
Bonner, Jeffrey Lyon
Bono, Joseph A.
Bono, Joseph Albert
Borges, Anthony M., Jr.
Boscarolo Hernandez, Juan G.
Boshart, Wesley J.
Boyd, John K.
Brandwein, Margaret
Brizel, Barry E.
Brocato, Paulette U.
Brown, Daniel R.
Brown, Dwayne
Brown, Kathryn J.
Brown, Larry
Brownstone Investment Group LLC
Bruce, James M.
Brunet, Alexis
Brunet, Marta
Brunton, Paul W.
Budnick, Cheryl A.
Budnick, John A., III
Buechler, Jerold
Buehring, Klaus-Dieter
Buehring, Michelle
Burden, Jay W.
Burge, Warren
Burgess, Thaddeus D., Jr.
Burns, Kenton Leroy
Burton, Barbra
Burton, Ronnie
Bussy, Stephane
Butkovich, Richard Allan
Butler, Alan Michael
Buzan, Francis E.
Byrne, Ursula M.
Campion, Chris
Canaccord Genuity Group Inc.
Canavan, Lawrence
Cannon, Gary L.
Canyon Capital Advisors LLC
Capital One NA
Cardinale, Robert G.

Carney, John F.
Carroll, Monty B.
Carter, Jon Christopher
Cassidy, Eric S.
Cater, Ann D.
CCComplete Inc.
Cebuhar, Michael
Ceccarelli, Frank E.
Centerbridge Partners LP
Charles Schwab Bank
Cheatham, Gilbert D.
Chen, Katherine
Chen, Mingzhu
Chiantella, Noel Michael
Chin, Henry H.
Choi, Paul
Chokhani, Aditya S.
Choury, Mark J.
Choyke, Christopher Ford
Cindric, John F.
CIT Group Inc.
Citi Retirement Account
Citigroup Financial Products Inc.
Citigroup Global Markets Inc.
Citigroup Inc.
Clark, David Lawrence
Clark, Maxine
Clark, Ron
Clement, Louis J.
Clemetson, Donald Thomas
Clickner, Glen T.
Clifford, John
Close, Montgomery B.
CNS SIAC Clearing Omnibus
Coburn, Kelly
Codner, Clay G.
Cohen, Dhana
Cole, Garry
Collier, Robert L.
Collins, Guy H.
Conflict Management Institute
Corbo, Stephanie
Cordeiro, Linda
Couch, Michael J.
Courtney, Harry
Cox, Suzanne Elaine

Crittenden, David B.
Cross, Linda J.
Crute, Stephen W.
Cruz, Luis R., Jr.
D&S Capital LLC
Dadetta, David A.
Dadetta, Laura E.
Daley, Brian K.
Daniel, William C.
Davidson, Charles R.
Davis, Dolores B.
DBX Advisors LLC
De Gavizon, Ana Benarroch
De Oneto, Ana Maria Suberbie
Dejohn, Paschal B.
Dengler, Janice R.
Denny, Richard W.
Desai, Amish S.
Devine, Paul T.
DIAF Operations Inc.
Dickey, John R.
Dicus, Timothy M.
Diehl, Gregory C.
Dignan, Andrew J.
Dignan, Susan
Dignan, Susan M.
Dillon, Cindy B.
DNB ASA
Dohnert, Donald Douglas
Domitrovits, Frank E.
Donald H. Ford Trust No.2, The
Donaldson, J. Bennett, Jr.
Donovan, Thomas A.
Drew, John B.
Drummond, Hugh F.
Duffey, Barbara Jean
Duffy, Virginia R.
Duffy, William J., III
Dumas, Barbara L.
Dupal, Janine C.
Dyer, Javier Fernando
Dynamic Asset Management Co.
    (Luxembourg) SA
Eads, Richard C.
ED&F Man Capital Markets Inc.
Edward D. Jones & Co. LP

Edward Jones Trust Co.
Ehmann, Patrick
Ehrich, J. Craig
Eilbert, James L.
Eitzen, William
Ellenberg, Philip L.
Ellenberger, David James
Elmwier Cemetery Association Inc.
Elze, Martin J.
Embrey, Glenn
Emergency Physicians of Springfield
Emick, Sharen Patricia
Espinoza Guede, Lorena D.
Espinoza Guerra, Armando Jose
Eustache, Dominique R.
Evans, John O.
Everest Reinsurance (Bermuda) Ltd.
Fadelli, Anthony
Falconer, Ramsey Reid
Falk, Benjamin J.
Family Capital Corp.
Famulla, Rainer
Faris, Robert D.
Farjo, Rafal
Feinstein, Stanley R.
Fejfar, John J.
Felix, H. Thomas, II
Fenton, Ira
Fermin, Jimmy Imbrondone
Fernwood Associates LLC
Ferreira, Jose Martin Lopes
Ferrell, Excell Osborne, III
First Masonic District of PA
Fischer, Brian A.
Fischer, Frederic C.
Fitzpatrick, Janet
Flisi, Alexander
Florance, Stanley H.
Florence F. Kunimura Trust
FMT Co. Custodial IRA
FMT Co. Custodial IRA Rollover
FMT Co. Custodial IRA Substantially Equal
    Periodic Payment
FMT Co. Trustee FRP PS A/C
FMTC Custodian - IRA BDA
FMTC Custodian - Roth IRA

FMTC Custodian - Roth IRA Utma
FMTC Custodian - Simple
FMTC Trustee
Forest Capital Corp.
Fortenbury, Jean
Freedman Living Trust, The
Friedman, Jack
Friedrich, Michael C.
Frohn, Jeffrey M.
Funk, William S.
Gable, David
Gaborik, Marian
Gagen, Yvonne
Gallagher, Cornelius T.
Gann, Don M.
Garrett, Craig L.
Gaskill, Carol Jeanne
George, Greg
Gere, Jeffrey A.
Gerstel, Harvey
Gilbert, Francis Bacon, Jr.
Glasgow, Lola
Glasgow, William
Glenn & Lola Embrey Living Trust
Gold, Mitchel V.
Goldman Sachs & Co.
Goldman Sachs Lending Partners LLC
Goldman, Leonard
Gomez, Jaime Andres
Gomez, Maria Camila
Gonzalez Tovar, Yoraima Jerhsy
Goodall, William D.
Goodman, Mark C.
Govett, Gregg S.
Graham, Donald L.
Graham, Gordon D.
Green, Alyse Peggy
Green, Michael L.
Greene, James S.
Grell, Conrad
Griffin Inter Vivos Trust 1991
Griffin, Michael L.
Grove, David Anderson, Jr.
Grupo Financiero Banamex SA de CV
Guerra, Jose Ramon Espinoza
Guffey, Jerrie L.

Guiboux, Jean-Paul
Haley, Henry M., Jr.
Hall, Charles A.
Hammel Electric Inc.
Hanchett, Todd
Hancock Whitney Corp.
Hankic, Feda
Hannley, Michael F.
Hannley, Ruth I.
Harary, Terri
Harms, Gerhard H.
Harper, James Thomas
Harris, Rob A.
Harris, Charles C.
Hartfelder, Henry D.
Harth, J. Timothy
Hartley, Jo Kristina
Hartley, Michael Carl
Haviland, Robert A.
Heath, Alice B.
Heath, Allan L.
Heckrotte, Rita W.
Hedden Charitable Trust
Hedman, James Richard
Hefetz, Oren
Hellemeyer, William John
Hembrock, Jeffrey V.
Hendel, Jorge
Henderson, Scott
Herman, Laurie David
Hermes, Jerald Wayne
Hernandez, Yanny Difebbo
Higgins, Laura A.
High Yield Bond Fund, a Series of 525
    Market Street Fund LLC
Highbridge Capital Management LLC
Highflyer Investments Ltd.
Hill, Randall C.
Hillard, Erin Michael
Hilltop Securities Inc.
Hinckley, Tyler
Hirsh, Robert B.
Hirt Dennis L.
Hitchman, Nancy Elaine
Hoch, Raymond
Hoffman, Joseph Henry

Hofmann, Susan
Hofstadler, Joyce L.
Holling, Jesse J.
Holmes, Chad Edward
Hom, Beverly S.
Homer, Donald A.
Hongli, Clifford
Hoogland, John Brian
Hoogland, Melissa J.
Hopkins, David Gary
Hornung, Rebecca D.
Hornung, William R.
Horton, Robert Richard
House, Richard
Housing & Urban Development Corp. Ltd.
Hsu, Cheng K.
Huber, Jan Christian
Huc, Laurent L.
Hughes, Jeffrey D.
Hung Pham Tod
Hunter, Jackson
Huskey, Michael L.
Huss, Anne C.
Ice, Abbie L.
Ikegami, Machiko
Inman, John P.
Intermarket Corp.
Invesco Capital Management LLC
Invesco Global Short Term High Yield
    Bond ETF
Jacobs, Michael
Jacobs, Russell Scott
Jacobson, T.
Jacobstein, Arthur Ronald
Jacoby, Geoffrey
James Lew Maxwell Revocable Trust
James P. Scanlon Revocable Trust, The
James, Dean
Jenkins, Anne H.
Jenne, Fredrick B.
Jerry H. Jacobson Revocable Trust U/A
    dated 5/24/1999
JHF II - U.S. High Yield Bond Fund
JLP Credit Opportunity IDF Series Interests
    of the SALI Multi-Series Fund LP
JLP Credit Opportunity Master Fund Ltd

John T. Parker & Michelle EL Trust UA
    12/2/2015
John, Noel
Johnson. Robert D.
Jones, Harry
Jones, Thomas H., III
JPMorgan Chase & Co. Inc.
JPMorgan Chase Bank NA
JPMorgan Chase Commercial Mortgage
    Securities Corp.
Judy Scarpinato Rollover IRA Td
JVB Financial Group LLC
K. Rowe Investments LLC
Kahn, Debra S.
Kairies, Brant T.
Kangles, Ismahen
Kaplinsky, Michael
Karen Bray IRA
Karen G Hopp IRA
Kasik, Lee
Keadey, William Adam
Keating, Robert M.
Keller, Brian A.
Kelly, Melissa M
Kelly, Paul M.
Kenneth E. Haggard Living Trust
Kenneth J. Cooke IRA
Kenny, Christopher
Kestner, Diane E.
Kestner, Melvin M
Ketcham, Braham B.
Kevin Ian Rowe Trustee
KeyBank NA
KeyBank NA Trustee FBO Bugbee+Conkle
    Profit Sharing Plan
Khanh, Ngo
Kilfoyle, Robert E.
Kim D. Kwiatek IRA
Kim, Steve S.
Kingdom Trustee Co. Custodial
Kirchhoff, Susan
Kirchhoff, Thomas J.
Kirk, Thomas E.
Kirksey, Virgil V.
Kleine, Bruce Leonard
Kleinman, Gary S.

Kline, William F.
Klos, Rosemary
Knier, Michael S.
Knox, Thomas E.
Koch, Richard J.
Koester, Ronald Lee
Koll Irwindale Business Center
Kollmer, Charles E.
Koppel, George L.
Kosiewicz, Edward L.
Kramer, Angela S.
Kring, Lucille
Kring, Ronald G.
Kubak, Karl
Kumabe, Elaine Y.
Kurt David Zemke Beneficiary IRA
Labath, Gail
Laboz, Jason
Labrie, Joseph H.
Lafontaine Christian Church
Lam, Ying Jennifer
Lambi Family Charitable Trust
Lamborn, Daniel R.
Land, Charles B.
Landis, Cathleen Delores
Lanier, John E.
Latuda, Frank A., Jr.
Laufman, Lauri
Lauren Valentin IRA SEP
Laurie G. Buchanan Rollover IRA
Lavender, Joel R.
Lawrenz, Donald Robertson, III
Lawson, Donald O.
Lebowsky, Michael A
Ledvina, Sharlene Ann
Lee, Cheryl
Lehman, Roberta
Leonard, Patricia Poulos
Lesight, Judi
Letcher, Christopher J.
Levy, Sue S.
Levy, Theodore
Lewis, Erin C.
Lewis, Maria L.
Liepack, Otfrid G
Liese L. Martin Testamentary Trust

Linda E. Hultsch Rollover IRA
Lindsey, Tommy G.
Linse, Artur
Litow, Joseph M.
Litten, Daniel
Litterst, Claudia
Liu, Jun
LMD Consulting LLC
Loeb, Arielle Lynne
Lois A. Shafman IRA
Lombard Odier Asset Management
    (Switzerland) SA
London, Peter J.
Long, Bruce T.
Long, Stephen Lynn
Loretta Clara Vogel Rollover IRA
Loughead, Clyde M.
Louise E. Zeliff Living Trust
Loutrel, Charles
Luchtefeld, Jason
Lundstrom Enterprises Inc.
Lynagh, Gertrud H.
Lynch, Jerome Patrick
M., Friedenberg, Kathleen
Ma, Jianxing
Mabry Donald Ray
Machen, Byron C.
Magee, Peter
Mahler, Susan
Majumder, Rahul
Malecka, Irene K.
Maloney, Ken
Malora, Daniel
Malora, Kimberly
Maltese, Joseph
Mangels, Robert H.
Mann, John H., Jr.
Mannheimer, Theodore H.
Manning, Brett
March Boronat, Manuel Rafael
Marcia M. Cronin IRA
Margaret Roberts Family
Mark Hermann SEP IRA Td Ameritrade
Mark Palaszewski IRA
Mark Paul Terk Charitable Trust
Marote, Claudio, Jr.

Marra, Dante A.
Marston, Anna M.
Martinez, Cherie Caryl
Masui, Helen T.
Matta, Isaac I.
Mattson, Douglas
Maxim Ventures Ltd.
Mayer Tod, Levi J.
McCabe, Michael
Mcclendon, David W.
Mccormick, Alice
McCoy, Michael
McDonald, Gregory J.
McDonald, Madonna E.
Mcdonough, Bruce A., Sr.
Mcdowell, David T.
Mcelroy, Richard
McGregor, Kristin Lee
McLoughlin, James
Mcmurry, Charles K.
McNeese, Mitchell
Meghan M. Moroney Roth IRA Td
Mehringer, Gabe
Mehringer, Marian
Mengod, Javier
Merced Capital LP
Merced Partners LP
Merced Partners V LP
Mercer QIF Fund PLC
Mercer QIF Fund PLC - Mercer Investment
    Fund 1
Merces Sousa, Sandra Maria Das
Merkner, James
Merkner, Mary Lou
Meyer, Franklin N.
Michael & Nancy Klemens 2004 Revocable
    Trust
Michael D. Salter IRA
Michels, James E.
Michelsen, Jeffrey Scott
Miguel Perez Trust
Milewski Enterprises Inc.
Miller, Ray J.
Miller, Robert T.
Miller, Stan
Miller, Theresa A.

Miller, Todd
Mills, Lawrence W.
Mills, Willard, III
Minard, Raymond
Misch, Josh
Mitchell, Tong Man
Mody Alexander Clark Tod
Mohler, John
Moody, Timothy Edward
Moon, Brent R.
Morella Baquero-Camejo Trust, The
Morgan Stanley & Co. LLC
Morgan Stanley for the benefit of David K
    Dunigan Revocable Trust
Morgen, James
Moriarty, Pamela J.
Moroney, Catherine I.
Moroz, Irina
Morrill, Clarence Grant
Morris, John A.
Morris, Michael
Motzer, George R.
Mount San Antonio Community College
    District
Mraz, David
Muhlbaier, David R.
Munck, Chris
Murray, Christopher A.
Mutino, Joseph P.
Myers, Elizabeth
Myles, John D.
Naguszewski, Robert K.
Naik, Manish R.
Nancy G. Chapin (IRA)
Napchan, Marcos
Nassau Asset Management LLC
Nassau Life Insurance Co.
Natam Management Co. SA
National Financial Services LLC
National Financial Services/Fidelity
    Management Trust Co. IRA
National Financial Services/Fidelity
    Management Trust Co. IRA Beneficiary
    Distribution Account
National Financial Services/Fidelity
    Management Trust Co. Rollover IRA

National Financial Services/Fidelity
    Management Trust Co. Roth IRA
Natoli, Frank
Nelson, Earl O.H.
Nguyen, Quang N.
NHR Family LLC
Nicely, Lesa
Nichols, Clifford W.
Nickens, Don
Nishioka, Roland T.
Niswander, Helen K.
Nolan, Edward J., III
Noles, Alathia
North American Potato Market News
Northern Trust Co., The
Northern Trust Co., The, as Custodian
Nosse, Richard L.
Oak Hill Advisors LP
Oakes, Renee
O'Connell, Daniel L.
Oglander Living Trust
O'Hara, Mandy
Olivieri, David
Oppenheimer & Co. Inc.
Oswald Donald J.
Oxenden, Stephen James
Oye Investments Inc.
Palmer, Suzanne
Palmer, Terrell Donahoo
Palomino, Esperanza Rodriguez
Pandora Select Partners LP
Papelex MB CA
Parke, John T.
Parker, Benton Clay
Parker, S Dupree.
Parliament, David W.
Parr, Philip R.
Pasco, C.
Pasco, G.
Patel, Vitthal S.
Paternostro, Sharon B.
Patrick Serville IRA
Paul Holyszko IRA
Paul, Marcie
Pedersen, Robert C.
Peitz, David J.

Peltekis, James A.
Pension Administrators Inc.
Permoda, Dennis J.
Peter J. Ewing IRA
Philip Anthony St. Romain Roth IRA
Phillips, Howard W.
PHL Variable Insurance Co.
Phoenix Investment Advisors LLC
Pigott, John Stephen
Pilot, Curtis H.
Pimaceim International Ltd.
Pipski, John Roger
Pizzuti, Donato F.
Pizzuti, Marie
Plateau, Pierre
Pogyor, Robert L.
Pollak, Karen J.
Portafolio de Inversiones PDEI Fondo
    Bursatil EN USD
Potemkin, Peter Eugene
Powerplay Enterprises Ltd.
Powers, Mark W.
Prechter, Michael A.
Preston, Robert G.
Pritchett, Mary L.
Pritchett, Ronald W.
Private Trust Co., The, Customer IRA
Private Trust Co., The, Customer Rollover
    IRA
Private Trust Co., The, Customer SEP IRA
Puckett, Mathew
Pumilia, Steven Colt
Punt, James Howard
Purdy, G. James
Pyles, Mark
QH Investment Partners LLC
Quear, Irene K.
Quigley, Michael
Quintero, Virginia Pinzon
R. White & J. White Joint Revocable Living
    Trust U/A dated 12/6/2006
Rafalski, Larry D.
Ramaswamy, Kannan
Ramnath,. Devesh
Rasmussen, Irene C.
Rasmussen, Theodore E., Jr.

Raymond N. Sasaki Roth IRA Td
Rayna S. Harris IRA Td Ameritrade
Rebhan, Curtis Edward
Reeves, Richard E., III
Regions Bank Corp.
Reinking, Gordon
Reiser, Charles M.
Renda, Robert L.
Renner, Thomas R.
Repoff, Stephen J.
Republic Bank & Trust Co.
Reynolds, Jeannette P.
Ribellino, James
Richards, Bartlett
Richards, John B.
Richmond, Leslie Ivan
Riggs, Cecil A.
Riggs, Clair Barnett
Rittgers, Courtney
Robert Faraci & Donna Faraci Trust
Roberts, Anna M.
Robinson, Pamela Lynn,
Robinson, Roger Leon
Robinson, Ronald T.
Rodrigues, Vitor
Rogers, Jack Alan
Rogowski, Joseph R.
Rohr, Roger W.
Rolison, James P.
Roof Engineering PSP
Rosa, Michael A.
Rosalie Galanti Credit Trust, The
Roscoe, Robert W.
Rosen, Jeffrey Peter
Rosenfield, Jay
Rosenfield, Lily
Roth, Michael J.
Rothert, David Mark
Rotskoff, Albert
Routledge, John
Rowe, Kevin Ian
Roylance, Richard R.
Rozon, Glenn
Rozzo, Louise
Ruan, Xiaoyu
Rubin, Kevin

Rubin, Lisa Ann
Ruch, Ken
Runyon, Charles
Russell, Harry Hand, III
Russell, Lindsey
Ruud, James M.
Ryan, M Seamus
SA Real 19 Ltd.
Saer De Venezuela CA
Saito, Yoko
Salentiny, Dustin
Salentiny, Dustin M.
Salinas, Guillermo Eduardo
Salvador, John Andrew
Samples, James Larry
Sanders, Sally A.
Sanders, William
Sanko & Clement Family LLC
Sapp, Ernestine S.
Sarge, William T.
Savage, Stephanie
Savell, David Brian
Schifano, Ronald
Schlank, Billie Ruth
Schmetter, Randy E.
Schroeder, Steve A.
Schweiger, Joseph I.
Scluper Partners Ltd.
Scott E Mellanby Revocable Trust, The
Scott, Doyle G.
Scott, Rick
Sears, Larry D.
Seidler, Rosemary
Selz Capital LLC
Serimian, Marlon D.
Severson Family Properties LLC
SG Americas Securities LLC
SG Paris Fixed Income
Shaw, Virginia P.
Sheffield, Sandra G.
Sheldrup Building Services Co.
Sherwood, Geoffrey B.
Shiferaw, Yohannes C.
Shishodia, Rakesh
Shishodia, Renu
Shoda, Ken

Short, John Michael
Showalter, A. Harold
Sidhu, Jaypal Singh
Silva, Carlos Gonzalez
Simonsen, Lasse
Simpson Richard R.
Simpson, David Graham
Simpson, Richard R,, Jr.
Simsic, John E.
Siwek, Rafi
Slatton, Barry K.
Slone, Gary A.
Smallman, Robert H.
Smedira, Jean F.
Smith, Tamara C.
Smith, Timothy
Smoker, David S.
Snell, Jaye B.
Snollaerts, Etienne P.
Sodie, Susan
Sohacheski, Jaime
Solomon, Gregory
Solus Alternative Asset Management LP
Somay, Metin
Souhrada, Donald
South Dakota Investment Council
Spangler, Donald Mark
Spedale, Daniel R.
Spencer, E.
Spencer, S.
SPI Pharma Inc.
Spinner, Ralph
Square & Compass Investment Club LLC
Stahlberg, Steven
State Street Bank & Trust Co.
State Street Global Advisors Inc.
Stefflre, Gregory A.
Steinberg, Harry Seymour
Steiner, Kathleen
Stepanoff, Serge
Stettner, Jerald W.
Steven Kroll Trust, The
Stevens, Kevin Lewis
Stewart, Ricky L.
Stifel, Nicolaus & Co. Inc.
Stockcross Financial Services Inc.

Stone, Stephen
Stonehill Capital Management LLC
Stonehill Institutional Partners LP
Stonehill Master Fund Ltd.
Story, Edward C.
Strayer, Jayson Dee
Susan Kahn Trust
Sutton, Ralph
Swallen, Drew Lamar
Sweeney, David James
Sweigart, Ernest M.
Tabedzki, Richard Z.
Tang, Nelson
Tanioka, Susan M.
Taylor, Arthur
Taylor, Julie Yates
Teachers Insurance & Annuity Association
    of America, The
Teaumen & Grace Fuite Foundation
Tejedor, Eduardo Ortega
Tester, Neil
Theodore E. Rasmussen III IRA
Thijs M. Leenders (IRA)
Thomas G. Hess Revocable Trust
Thomas, Glenn C.
Thompson, David S.
Thompson, James Larry
Thompson, Joseph Mark
Thor, Daniel W.
Tim Loo, Stanley Yuk
Todd & Michelle Parker Trust
Todd Colucy Rollover IRA
Tomashefsky, Steven
Topham, Abraham Matthew
Townsend, Darryl
Townsend, Darryl Ray
Townsend, Sally
Townsend, Sally E.
Tranbarger, Mick L
Trimble, James
Trongeau, Leslie N.
Trust for the benefit of Leonard & Ronnie
    Rubin
Trustee of The Hugh M.
Tse, Joanna
Turnbow, Bennett

Turton, Thomas Wayne
UBS Group AG
Umeda, Eileen M.
Umeda, Leslie H.
URI Shohet Rollover IRA
Urwiller, Steven W.
USAFact Inc., 401K Plan
Uwechue, Uzo Phil
Uzdy, Zoltan
Vajda, David J.
Valdez, Betty
Valledupar Valley Management Co. LP
Valueworks Capital Management LLC
Vaneck, Charles
Vanessa Falkoff Rollover IRA
Vanleeuwen, Evan Balfour
Vanpelt, Barbara J.
Velcorp LLC
Verhoeven, Thomas
VFTC TR
Villar Cid, Juan Carlos
Vlitos-Rowe, Irene Helen
Vu, Michael H.
Waheguru Singh Khalsa IRA
Walker, Robert A.
Walker, Sam H.
Waller, Ronald Mark
Wang, Joy C.
Wang, Patrick X.
Ward, William D.
Wark, Dale A.
Watts, James Alfred
Wawrin, Elodie J.
Webber, Robert P.
Weber, Carl Jay
Weber, Jason Ethan
Weber, Jay
Webster, Len
Weinberg, Amir
Weinberg, Zwi
Weinstein, Richard H.
Wells Capital Management Inc.
Wells Fargo & Co.
Wells Fargo Income Opportunities Fund
Wells Fargo Multi-Sector Income Fund
Wells Fargo Utilities & High Income Fund

Wells, James L.
Werchadlo, Joshua
West Texas Independent Financial Services
WFA PCL Collateral Account
WFNBA Collateral Account Fbo
Whiston, William B.
Whitebox Advisors LLC
Whitebox Asymmetric Partners LP
Whitebox Credit Partners LP
Whitebox GT Fund LP
Whitebox Multi-Strategy Partners LP
Whitebox Relative Value Partners LP
Wicker, Edward R., Sr.
Widdicombe, Sara Ingersoll
Wilhelm, Rita A.
Wilkinson, Webster
William Kahn Trust
William R. Look Rollover IRA
William R. Owen IRA
William T. Seila (IRA)
Williams, Michael
Williams, Morgan Lloyd
Wilmington Trust NA
Wilson, Cindy Anne
Wilson-Murphy, Colin Lawrence
Windermere Ireland Fund PLC
Winters, Marilyn H.
Wojnarowski, James R.
Wolcott, Jenna
Wolf, Clifford A.
Wolf-Small, Brigitte
Wolverine Asset Management LLC
Wolverine Flagship Fund Trading Ltd.
Wong, Lauren M.
Wood, Charles Dillard, Jr.
Woodvale Management Financial Ltd.
Worden, Barbara J.
Wright, John
Wright, Robert M., Jr.
Wu, Meng-Lin
Wyss, Angelina
Yanchyshyn, Peter Eugene
Yauchler, Gene
Yauchler, Judy
Yeldezian, Charles
Yohman, Chance Evan

Young, Carolyn M.
Young, Michael M.
Zabel, John R.
Zatorski, Richard T.
Zitzner 1998 Revocable Trust
Zlatos, Steve Edward

## SCHEDULE 1(g)

### Top Vendors

Admin Navieros del Golfo
Bollinger Shipyards LLC
Brunvoll Volda AS
C-Port/Stone LLC
Danos LLC
Fratelli Cosulich Comercio
Gulf Copper & Manufacturing Corp.
Huisman North America Services
International Ship Repair & Marine Services Inc.
Louisiana Machinery Co. LLC
MacArtney Group Inc., The
Mare Island Dry Dock LLC
Marine Fab & Repair Inc.
Provisions Energy & Marine Support
Schottel Inc.
Speedcast Communications Inc.
Talleres Navales del Golfo
United UATP Program
Vigor Marine LLC
Wartsila North America

## SCHEDULE 1(h)

### Governmental/Regulatory Agencies/Unions

ABS Americas
ABS Mexico
Almeida, Cesar Augusto Ramon
American Bureau of Shipping Inc.
Aquapar Consultoria Naval Ltda.
Aransas - Corpus Cristi Pilots
Associated Branch Pilots
Associated Federal Pilots
Boston Coastwise Pilots
Broward, County of (FL), Tax Collector
Bureau Veritas Marine Inc.
Bureau Veritas Mexicana SA de CV
California, State of, Department of Fish & Game
Charleston Branch Pilots Association
Collin, County of (TX), Tax Assessor Collector
Columbia River Bar Pilots
Columbia River Pilots
Conagua
Crescent River Port Pilots
Crockett, City of (TX), Tax Assessor
CSR Consultoria e Engenharia Ltda.
Delaware, State of
Det Norske Veritas (USA) Inc.
Detran Estado do Rio de Janeiro
DNV GL Ltda.
Financial Accounting Standards Board, The
Galveston-Texas City Pilots
George Lee Ltd.
Governo do Estado do Rio
Harris, County of (TX), Tax Assessor-Collector
Hawaii Pilots Association
Houston County Appraisal District
Houston Pilots
Iberia, Parish of (LA)
Isle of Man, Government of the, Department of Trade
Lafourche Parish School Board
Lafourche, Parish of (LA), Government
Lafourche, Parish of (LA), Sheriff's Office

Louisiana, State of, Department of Environmental Quality
Louisiana, State of, Department of Revenue
Louisiana, State of, Secretary of State
Lousiana, State of, Commissioner of Securities
Mexico, Government of, Servicio de Administración Tributaria
Michigan, State of
Mobile Bar Pilots LLC
Moorehead City Pilots Association
New Jersey, State of
New York Stock Exchange Inc.
New York, State of
New York, State of, Department of State
NO/BRA Steamship Pilots Association
O'Brien's Response Management Inc.
Pacific Pilotage Authority
Palm Beach Harbor Pilots Association
Pascagoula Bar Pilots
Pirani & Associates Ltda.
Port Everglades Pilots Association
Port of Corpus Christi Authority
Port of New Orleans
Port Ship Service Inc.
Portsmouth Pilots Inc.
Prefeitura Niteroi
Prefeitura Rio de Janeiro
Previdencia Social
Puget Sound Pilots
Romania, Government of, Bugetul de Stat
Sabine Pilot Association
San Francisco Bar Pilots
Secretaria da Receita Federal
Sidmag 2008 Organizacoes Conta
SindFogo
Sindicato Nacional Dos Taifeir
Sindmarconves
Southeast Alaska Pilots Association
St. Andrew Bay Pilots Association
St. Johns Bar Pilot Association
St. Mary, Parish of (IL), Sheriff's Office

St. Tammany, Parish of (LA)
St. Vincent & the Grenadines, Government
    of
Syndarma
Tangipahoa, Parish of (LA), Sheriff's Office
Terrebonne, Parish of (LA), Sheriff & Ex-
    Officio Tax Collector
Tribunal Justica do Estado de São Paulo
Trinidad & Tobago, Government of, Board
    of Inland Revenue, Chairman
Trinidad & Tobago, Government of,
    Ministry of Finance
United Kingdom, Government of the, Board
    of Inland Revenue
United States, Government of the,
    Department of Health & Human
    Services
United States, Government of the,
    Department of Homeland Security
United States, Government of the,
    Department of Treasury
United States, Government of the, Federal
    Communications Commission
United States, Government of the, Federal
    Trade Commission
United States, Government of the, Securities
    & Exchange Commission
US Coast Guard Art/Others
US Coast Guard Overseas
USCG Vessel Inspection
Vanuatu Maritime Services Ltd.
Virginia Pilot Association

# SCHEDULE 1(i)

## Insurance/Surety Bonds

Afianzadora Sofimex SA
American Longshore Mutual Association Ltd.
Armada Administrator LLC
Arnold & Arnold Inc.
Aucoin Claims Service Inc.
AXA Seguros SA de CV
Bowen Miclette & Britt of LA LLC
Bradesco Auto/RE Companhia de Seguros
Bradesco Vida e Previdencia SA
BXS Insurance
C. A. Shea & Co. Inc.
Chubb Ltd.
Chubb Seguros Mexico SA
Chubb Seguros Saude SA
Cigna Expat Health Insurance
Corporacion del Fondo del Seguro del Estado
Duff & Phelps LLC
Euler Hermes North America Insurance Co. Inc.
FAJE Logistica e Transporte Ltda.
Fernandes Maritime Consultants LLC
Frenkel & Co.
HSBC Seguros SA de CV, Grupo Financiero HSBC
Lockton Cos. International Ltd.
Lockton Mexico Agente de Seguros y Fianzas SA de CV
Marsh USA Inc.
MetLife Mexico SA
Nationwide Agribusiness Insurance Co.
Philadelphia Indemnity Insurance Co.
Prudential Insurance Co. of America Inc., The
Seguros Afirme SA de CV
Seguros Banorte SA de CV
Seguros Inbursa SA Grupo Financiero Inbursa
Seguros Sura SA
Sul América SA
SulAmérica Odontologico SA
Tokio Marine Seguradora SA
Unum Life Insurance
Westchester Fire Insurance Co.
Western Surety Co.
York Risk Services Group Inc.

## **SCHEDULE 1(j)**

### **Investment Banker**

Guggenheim Securities LLC
Oppenheimer & Co. Inc.

## **SCHEDULE 1(k)**

### **Landlords**

Bolanos, Imelda Josefina
Carrillo, Jose Luis Martinez
Carvalho Hosken SA Engenharia e Construções
Chame, Luiz Sergio
Construcciones e Inmobiliaria
Constructora e Inmobiliaria Centroamericana SA de CV
Cubillan, Marlon Engels Marin
CWS Corporate Housing LLC
Dove, Gordon E., Sr.
Escalante, Maria Jose del Rio
Gmorla Sul Construcao Civil
Grupo RH SA de CV
GWP Eight Twelve LLC
Hornbeck Ranch
Hornbeck, Larry D.
Inmobiliaria Marqcast SA de CV
Jarrin, Salvador Jesus Compan
Le Monde ADM Ltda.
Louisiana, State of, Division of Administration, Greater Lafourche Port Commission
Miranda, Paulo Roberto Pascoal
Northpark Corporate II LLC
NVD Centro de Negocios
PAX Imóveis Ltda.
SCF Brazil NP Fundo de Investimento Direitos Creditorios Nao Padronizados Multissetorial
Scott Armature Sales & Storage LLC
Stirling Properties LLC
Sunflower Maritime Support Ltda.
Tents of the Southwest Inc.
Waterstone at Springfield

# <u>SCHEDULE 1(l)</u>

## <u>Litigation</u>

Arteaga Feliciano, Beatriz Ivon
Astromaritima Navegacao SA
Cañedo, Ruben Agustin
Contreras Mendez, Jose Manuel
Contreras, Evert Ramirez
Gapiz, Eduardo Muñoz
Gulf Island Shipyards LLC
Izquierdo, Julio Cesar
Kelley, Bobby
Knox, Carlos
Lima, David Graciano
Limberg, Liborio Gil
Macae, Municipality of (RJ)
Martinez Rodriguez, Reyna Elizabeth
Mendonça da Silva, Roquelane
Opinvest Participações e Serviços Ltda.
Pedrero Montiel, Fernando Alejandro
Pesta, Steven
Petroleo Brasileiro SA
Quintanilha, Pedro Lacerda
Rielage, Uwe
Rio de Janeiro, Municipality of (RJ)
Spivey, Ward
Tiznado Maldonado, Jose Carlos

## SCHEDULE 1(m)

### Significant Customers

All In Services SA de CV
Anadarko Petroleum Corp.
Apache Suriname 58 Corp.
Aqueos Corp.
Astromaritima Navegacao SA
BHP Billiton Petro Americas
BHP Billiton Petroleum TT Ltd.
BOE Exploration & Production
Bunker One Combustiveis
Chevron Production Co.
Deep Gulf Energy LP
Delta SubSea LLC
Diamond Offshore Drilling Inc.
Drebbel de Mexico SA de CV
Enermech Mechanical Services Inc.
Eni US Operating Co. Inc.
Equinor Gulf of Mexico LLC
Equinor South Riding Point LLC
Exxon Mobil Corp.
Foss Maritime Co.
Fourchon Launch Services LLC
Fugro USA Marine Inc.
Grupo R Perforacion
Halliburton Energy Services Inc.
Heerema Marine Contractors
HOC Offshore S. de RL de CV
HOS-MEX
J. Ray Mcdermott de Mexico
Karoon Peru Registry
Kilgore Marine LLC
Kosmos Energy Gulf of Mexico
LLOG Exploration Co. LLC
McDermott Inc.
M-I LLC
Military Sealift Command
Murphy Exploration & Production & Co.
Oceaneering International Inc.
Oceaneering International SA de CV
O'Rourke Dist. Co. LLC
PC Carigali Mexico Operations SA de CV
PEMEX Exploracion y Produccion
Permaducto SA de CV

Petroleo Brasileiro SA
Repsol Exploracion Guyana SA
Rovop Inc.
Seiche Ltd.
Servicos de Petroleo Constellation SA
Shell Brasil Petroleo Ltda.
Shell Offshore Inc.
SKY-MAR Services SA de CV
SMIT Salvage Americas Inc.
Subsea 7 (US) LLC
Subsea 7 i-Tech Ltd.
Subtec SA de CV
Talos Energy Inc.
Talos Energy Offshore Mexico 7
Technip USA Inc.
URS Corporation México S. de RL de CV
Vision Technologies Marine Inc.
VT Halter Marine
W&T Offshore Inc.
Walter Oil & Gas Corp.

# SCHEDULE 1(n)

## U.S. Trustee Office

Boykin, Jacqueline
Duran, Hector
Griffin, Barbara
Hobbs, Henry G.
Johnson-Davis, Luci
Livingstone, Diane
March, Christine
Motton, Linda
Otto, Glenn
Ratchford, Nancy
Robbins, Judy A.
Schmidt, Patricia
Smith, Gwen
Statham, Stephen
Waxton, Clarissa

# SCHEDULE 1(o)

## Utilities

AT&T Inc.
AT&T Mobility LLC
CFE Suministrador de Servicios Basicos
Claro SA
Comcast Business Communications LLC
Comcast Cable Communications LLC
Comercializadora Metrogas SA de CV
Companhia Distribuidora de Gás do Rio de Janeiro - CEG
Constellation Energy Group Inc.
DS Services of America Inc.
Entergy Corp.
Houston County Electric Cooperative Inc.
Lafourche Parish Water District No. 1
Light Serviços de Eletricidade SA
Republic Services Inc.
SBC Internet Services Inc.
South Louisiana Electric Cooperative Association
Spectrum
Tangipahoa Water District (LA)
Verizon Wireless Services LLC
Viasat Inc.
Vision Communications LLC
Vivo Energy plc

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Anadarko Petroleum Corp. | Kerr McGee Corporation | Closed |
| | Occidental Petroleum Corporation | Closed |
| Ares Management LLC | American Capital Equity Management II, LLC | Current |
| | American Capital Strategies Ltd. | Closed |
| | American Capital, Ltd. | Closed |
| | Antony Ressler | Current |
| | Ares Capital Corporation and certain of its funds | Current |
| | Ares Commercial Real Estate Corporation | Current |
| | Ares Energy Investors Fund V, L.P. | Current |
| | Ares Energy Opportunities Fund, LP | Current |
| | Ares European Real Estate Advisors IV, L.P. | Closed |
| | Ares European Real Estate Fund III, L.P. | Current |
| | Ares Management Corp. | Current |
| | Ares Management Corp. and certain of its funds | Current |
| | Ares Management Corporation | Current |
| | Ares Management Limited | Current |
| | Ares Management LLC | Current |
| | Ares US Real Estate Opportunity Fund III, L.P. | Current |
| | Ares US Real Estate Opportunity Parallel Fund III-A, L.P. | Current |
| | David B. Kaplan | Current |
| | James H. Simmons, III | Current |
| | Matthew Cwiertnia | Closed |
| Arnold & Arnold Inc. | Hellman & Friedman LLC | Current |
| AT&T Inc. | AT&T Corporation | Closed |
| AT&T Mobility LLC | AT&T Inc. | Closed |
| SBC Internet Services Inc. | AT&T Intellectual Property II, L.P. | Closed |
| | AT&T Intellectual Property LLC | Closed |
| | AT&T Services, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | DIRECTV Customer Services, Inc. | Closed |
| | DIRECTV Enterprises, LLC | Current |
| | DIRECTV Group Holdings, LLC | Current |
| | DIRECTV Holdings LLC | Current |
| | DIRECTV Merchandising, Inc. | Current |
| | DIRECTV Operations LLC | Current |
| | DIRECTV Sports Network LLC | Current |
| | DIRECTV Sports Networks, LLC | Current |
| | Directv, LLC | Current |
| | The DIRECTV Group, Inc. | Current |
| AXA Seguros SA de CV | AB Commercial Real Estate Debt Series 1-A | Current |
| | AB Commercial Real Estate Debt Series 1-B | Current |
| | AB Commercial Real Estate Debt Series 1-C | Current |
| | AB Institutional Series B | Current |
| | AB Institutional Series C | Current |
| | AXA Equitable Holdings, Inc. | Current |
| | Axa Equitable Life Insurance Company | Current |
| | AXA REIM SGP | Current |
| B. Riley FBR Inc. | B. Riley FBR, Inc. | Current |
| | Great American Group, LLC | Current |
| Bank of America Merrill Lynch | Banc of America Capital Investors SBIC, L.P. | Current |
| Bank of America NA | BancAmerica Capital Investors SBIC II, L.P. | Current |
| | Bank of America Capital Investors | Current |
| | Bank of America Corporation | Current |
| | Bank of America Merrill Lynch | Current |
| | Bank of America Securities Limited | Current |
| | Bank of America Ventures | Current |
| | Bank of America, N.A. | Current |
| | Benjamin Klein | Current |
| | Merrill Lynch Capital Services, Inc. | Closed |
| | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Barclays plc | Barclays | Current |
| | Barclays Capital Inc. | Closed |
| BHP Billiton Petro Americas | BHP Billiton Limited | Current |
| BHP Billiton Petroleum TT Ltd. | BHP Billiton Marketing Asia Pte Ltd. | Current |
| Blackrock Fund Advisors | Mark B. Florian | Current |
| | Patrick C. Eilers | Current |
| BNY Mellon Asset Management North America Corp. | Alcentra Limited | Closed |
| BNY Mellon NA | BNY Mellon Capital Markets, LLC | Closed |
| BOE Exploration & Production | BCP (Singapore) VI Cayman Acquisition Co. Ltd. | Current |
| LLOG Exploration Co. LLC | BCP VIII, L.P. | Current |
| Solus Alternative Asset Management LP | Bilal Khan | Current |
| | Blackstone Alternative Asset Management L.P. | Current |
| | Blackstone Alternative Solutions LLC | Current |
| | Blackstone Asia | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Current |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone Life Sciences Advisors LLC | Current |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Current |
| | Blackstone Property Partners L.P. | Closed |
| | Blackstone Real Estate | Current |
| | Blackstone Real Estate Advisors LP | Current |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Current |
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Asia) Limited | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Current |
| | Blackstone Real Estate Partners Europe | Current |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Current |
| | Blackstone Real Estate Partners Limited | Current |
| | Blackstone Real Estate Special Situations Advisors LLC | Current |
| | Blackstone Singapore Pte Ltd. | Current |
| | Blackstone Strategic Capital Holdings | Current |
| | Blackstone Strategic Capital Holdings L.P. | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Strategic Partners | Current |
| | Blackstone Tactical Opportunities | Current |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | Blackstone Tactical Opportunities Fund, L.P. | Closed |
| | David I. Foley | Current |
| | GSO Capital Opportunities Fund III L.P. | Current |
| | GSO Capital Partners | Current |
| | GSO Capital Partners International LLP | Current |
| | John-Paul Munfa | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Jonathan Korngold | Closed |
| | LLOG Bluewater, LLC | Current |
| | Solus Alternative Asset Management LP | Current |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group | Current |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Current |
| Canaccord Genuity Group Inc. | Canaccord Genuity Wealth Management | Current |
| | David Esfandi | Closed |
| Canyon Capital Advisors LLC | AECOM-Canyon Real Estate Fund Advisors LLC | Current |
| | Canyon Capital Advisors LLC | Current |
| | ICE Canyon LLC | Current |
| Capital One NA | Capital One Bank (USA) | Closed |
| | Capital One Financial Corporation | Closed |
| | Capital One National Association | Closed |
| | Murray Abrams | Current |
| Centerbridge Partners LP | Centerbridge Partners Europe LLP | Closed |
| | Centerbridge Partners, L.P. | Current |
| Charles Schwab Bank | Charles Schwab & Co., Inc. | Closed |
| Chevron Production Co. | Chevron Corporation | Current |
| | Chevron U.S.A. Inc. | Current |
| Cigna Expat Health Insurance | Cigna Behavioral Health, Inc. | Current |
| | Cigna Corporation | Current |
| | Cigna Health and Life Insurance Company | Current |
| | CIGNA Health Corporation | Current |
| | Cigna Healthcare - Mid-Atlantic, Inc. | Closed |
| | CIGNA HealthCare of California, Inc. | Current |
| | Cigna Healthcare of Colorado, Inc. | Closed |
| | CIGNA HealthCare of Florida, Inc. | Current |
| | CIGNA Healthcare of Georgia, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | CIGNA HealthCare of North Carolina, Inc. | Current |
| | CIGNA HealthCare of Pennsylvania, Inc. | Current |
| | CIGNA HealthCare of South Carolina, Inc. | Current |
| | CIGNA HealthCare of St. Louis, Inc. | Current |
| | CIGNA HealthCare of Tennessee, Inc. | Current |
| | CIGNA HealthCare of Texas, Inc. | Current |
| | Cigna Healthcare, Inc. | Closed |
| | CIGNA Insurance Co. | Current |
| | Connecticut General Life Insurance Company | Current |
| Citi Retirement Account | Citibank | Former |
| Citigroup Financial Products Inc. | Citibank, N.A. | Closed |
| Citigroup Global Markets Inc. | Citicorp | Closed |
| Citigroup Inc. | Citicorp Mezzanine III, L.P. | Closed |
| Grupo Financiero Banamex SA de CV | Citigroup Global Markets Asia Limited | Current |
| | Citigroup Global Markets Inc. | Current |
| | Citigroup Global Markets Ltd. | Closed |
| | Citigroup Inc. | Closed |
| | Citigroup Venture Capital International Growth Partnership (Employee) II, L.P. | Closed |
| | Impulsora de Fondos Banamex, S.A. de C.V., Sociedad Operadora de Fondos de Inversión, integrante del Grupo Financiero Banamex | Current |
| Comcast Business Communications LLC | Charter/Comcast JV | Current |
| Comcast Cable Communications LLC | | |
| Constellation Energy Group Inc. | Exelon Corporation | Current |
| | William A. Von Hoene, Jr. | Current |
| Corporacion del Fondo del Seguro del Estado | Commonwealth of Puerto Rico | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Military Sealift Command | Eddie Baza Calvo | Closed |
| United States, Government of the, Department of Health & Human Services | Government Development Bank of Puerto Rico | Closed |
| United States, Government of the, Department of Homeland Security | Government of Guam | Closed |
| United States, Government of the, Department of Treasury | Guam Election Commission | Current |
| United States, Government of the, Federal Communications Commission | Konstantina Diamantopoulos | Current |
| United States, Government of the, Federal Trade Commission | Luis F. Cruz Batista | Closed |
| United States, Government of the, Securities & Exchange Commission | Orly Godfrey | Current |
| US Coast Guard Art/Others | Puerto Rico Aqueduct and Sewer Authority | Closed |
| US Coast Guard Overseas | Puerto Rico Fiscal Agency and Financial Advisory Authority | Closed |
| USCG Vessel Inspection | Rep. William Ballard Hurd | Closed |
| | Robert J. Quigley | Current |
| | Territory of Guam | Current |
| | United States Department of Homeland Security | Closed |
| DBX Advisors LLC | DB U.S. Financial Markets | Current |
| | Deutsche Bank AG | Current |
| | Deutsche Bank AG, New York Branch | Current |
| | Deutsche Bank Americas Holding Corporation | Current |
| | Deutsche Bank Securities Inc. | Closed |
| | Deutsche Bank Trust Company Americas | Current |
| | Deutsche Bank Trust Corporation | Current |
| Diamond Offshore Drilling Inc. | Consolidated Container Company | Closed |
| | Continental Casualty Company | Current |
| Duff & Phelps LLC | Duff & Phelps LLC | Current |
| | Duff & Phelps Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Further Global Capital Management, L.P. | Current |
| | Prime Clerk LLC | Current |
| Duff & Phelps LLC | Duff & Phelps LLC | Current |
| | Duff & Phelps Ltd. | Current |
| | Prime Clerk LLC | Current |
| | Stone Point Capital LLC | Current |
| Enermech Mechanical Services Inc. | Carlyle Asia Investment Advisers Limited | Current |
| Vigor Marine LLC | Carlyle Aviation Fund Management LLC | Current |
| | Carlyle Energy Mezzanine Opportunities Fund II, L.P. | Current |
| | Carlyle Europe Technology Partners III Advisor S.a.r.l. | Closed |
| | Carlyle Global Credit Investment Management LLC | Current |
| | Carlyle Infrastructure Fund, L.P. | Current |
| | Carlyle Investment Management LLC | Current |
| | Carlyle Realty Partners III, L.P. | Closed |
| | Carlyle Realty Partners IV, L.P. | Closed |
| | Carlyle Realty Partners V, L.P. | Closed |
| | Carlyle Realty Partners, L.P. | Closed |
| | Rodney S. Cohen | Current |
| | The Carlyle Group | Current |
| | The Carlyle Group Europe - CEP IV Advisor S.a r.l. | Closed |
| Equinor Gulf of Mexico LLC | Equinor ASA | Closed |
| Equinor South Riding Point LLC | | |
| Ernst & Young LLP | Ernst & Young Canada | Current |
| | Ernst & Young LLP | Closed |
| | Ernst & Young U.S. LLP | Closed |
| Euler Hermes North America Insurance Co. Inc. | Allianz Capital Partners GmbH | Closed |
| | Pacific Investment Management Company, LLC | Current |
| Exxon Mobil Corp. | Exxon Mobil Corporation | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Frenkel & Co.<br>Oak Hill Advisors LP | Oak Hill Capital Management | Current |
| Goldman Sachs & Co. | Goldman Sachs | Current |
| | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs Asset Management International | Closed |
| | Goldman Sachs Asset Management International Ltd. | Current |
| | Goldman Sachs Group Inc., The | Current |
| | Goldman Sachs Group, Merchant Banking Division | Current |
| | Goldman Sachs International Ltd. | Current |
| | Goldman Sachs MB Services Limited | Closed |
| | Goldman Sachs Trust Company of Delaware | Current |
| | West Street Infrastructure Partners | Closed |
| Guggenheim Securities LLC | Guggenheim Corporate Funding, LLC | Current |
| | Guggenheim Credit Services, LLC | Current |
| | Guggenheim Partners Investment Management, LLC | Current |
| GWP Eight Twelve LLC | CPP Investment Board | Current |
| | CPPIB Asia Inc. | Current |
| | CPPIB Canada Inc. | Current |
| Highbridge Capital Management LLC<br>JPMorgan Chase & Co. Inc.<br>JPMorgan Chase Bank NA<br>JPMorgan Chase Commercial Mortgage Securities Corp. | Chase Bank USA, N.A. | Closed |
| | Chase Paymentech Solutions, LLC | Closed |
| | Highbridge Asia Fund | Closed |
| | Highbridge Capital Management, LLC | Current |
| | Highbridge Co-Investment Vehicle | Closed |
| | Highbridge Multi-Strategy Fund | Closed |
| | Highbridge Tactical Credit Fund | Closed |
| | J.P. Morgan Securities (Far East) Limited | Current |
| | J.P. Morgan Securities Asia Pacific Limited | Current |
| | J.P. Morgan Securities LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | JP Morgan Chase & Co. | Current |
| | JPMorgan Asset Management - Global Real Assets | Closed |
| | JPMorgan Chase & Co. | Current |
| | JPMorgan Chase Bank NA | Current |
| | JPMorgan Chase Bank National Association | Current |
| | JPMorgan Chase Bank, N.A. | Closed |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Ventures Energy Corporation | Current |
| HSBC Seguros SA de CV, Grupo Financiero HSBC | HSBC Bank USA, N.A. | Closed |
| | HSBC Holdings plc | Current |
| | HSBC Securities (USA) Inc. | Closed |
| | The HongKong and Shanghai Banking Corporation Limited | Closed |
| Invesco Global Short Term High Yield Bond ETF | Invesco Private Capital Inc. | Current |
| Invesco Capital Management LLC | Invesco Senior Secured Management Inc. | Closed |
| | WL Ross & Co. LLC | Closed |
| J. Ray Mcdermott de Mexico McDermott Inc. | Berlian McDermott (L) Limited | Current |
| | Berlian McDermott Sdn. Bhd. | Current |
| | J. Ray McDermott (Aust.) Holding Pty. Limited | Current |
| | J. Ray McDermott (Luxembourg), S.a r.l. | Current |
| | J. Ray McDermott (Norway), AS | Current |
| | J. Ray McDermott (Qingdao) Pte. Ltd. | Current |
| | J. Ray McDermott Canada Holding, Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | J. Ray McDermott de Mexico, S.A. de C.V. | Current |
| | J. Ray McDermott Engineering Services Private Limited | Current |
| | J. Ray McDermott Far East, Inc. | Current |
| | J. Ray McDermott Holdings, LLC | Current |
| | J. Ray McDermott International Vessels, Ltd. | Current |
| | J. Ray McDermott International, Inc. | Current |
| | J. Ray McDermott Investments B.V. | Current |
| | J. Ray McDermott Kazakhstan Limited Liability Partnership | Current |
| | J. Ray McDermott Logistic Services Private Limited | Current |
| | J. Ray McDermott Solutions, Inc. | Current |
| | J. Ray McDermott Technology, Inc. | Current |
| | J. Ray McDermott Underwater Services, Inc. | Current |
| | J. Ray McDermott, S.A. | Current |
| | McDermott (Amazon Chartering), Inc. | Current |
| | McDermott (DLV 2000 Chartering), Inc. | Current |
| | McDermott Aqua Lift II) Chartering, Inc. | Current |
| | McDermott Arabia Company Limited | Current |
| | McDermott Arabia Holdings, Inc. | Current |
| | McDermott Asia Pacific Pte. Ltd. | Current |
| | McDermott Asia Pacific Sdn. Bhd. | Current |
| | McDermott Australia Pty. Ltd. | Current |
| | McDermott Azerbaijan Marine Construction, Inc. | Current |
| | McDermott Blackbird Holdings, LLC | Current |
| | McDermott Capital Malaysia Sdn. Bhd. | Current |
| | McDermott Caspian Contractors, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | McDermott Cayman Ltd. | Current |
| | McDermott Eastern Hemisphere, Ltd. | Current |
| | McDermott Engineering L.L.C. and Khalid Suhail Al Shoaibi for Engineering Consultancy | Current |
| | McDermott Engineering Sdn. Bhd. | Current |
| | McDermott Engineering, LLC | Current |
| | McDermott Far East, Inc. | Current |
| | McDermott Finance LLC | Current |
| | McDermott Gulf Operating Company, Inc. | Current |
| | McDermott Holdings (M) Sdn. Bhd. | Current |
| | McDermott Holdings (U.K.) Limited | Current |
| | McDermott International B.V. | Current |
| | McDermott International Investments Co., Inc. | Current |
| | McDermott International Management, S. de RL. | Current |
| | McDermott International Marine Investments N.V. | Current |
| | McDermott International Trading Co., Inc. | Current |
| | McDermott International Vessels, Inc. | Current |
| | McDermott International, Inc. | Current |
| | McDermott Investments, LLC | Current |
| | McDermott Italia S.r.l. | Current |
| | McDermott Marine Construction Ghana Limited | Current |
| | McDermott Marine Construction Limited | Current |
| | McDermott Marine Mexico, S.A. de C.V. | Current |
| | McDermott Middle East, Inc. | Current |
| | McDermott Offshore Services Company, Inc. | Current |
| | McDermott Old JV Office, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | McDermott Overseas Investment Co. N.V. | Current |
| | McDermott Overseas, Inc. | Current |
| | McDermott Project Support FZE | Current |
| | McDermott Serviços Offshore do Brasil Ltda. | Current |
| | McDermott Subsea Engineering, Inc. | Current |
| | McDermott Subsea, Inc. | Current |
| | McDermott Technology (2), B.V. | Current |
| | McDermott Technology (3), B.V. | Current |
| | McDermott Technology (Americas), Inc. | Current |
| | McDermott Technology (US), Inc. | Current |
| | McDermott Technology SUB, LLC | Current |
| | McDermott Technology, B.V. | Current |
| | McDermott Technology, LLC | Current |
| | McDermott Trinidad Ltd. | Current |
| | McDermott, Inc. | Current |
| | P. T. McDermott Indonesia | Current |
| | PT. J. Ray McDermott Indonesia | Current |
| KeyBank NA | KeyBanc Capital Markets Inc. | Current |
| MetLife Mexico SA | MetLife Private Equity Holdings LLC | Current |
| M-I LLC | Schlumberger Limited | Current |
| | Schlumberger Technology | Current |
| | WesternGeco LLC | Current |
| Moelis & Co. | Moelis & Company | Current |
| | Moelis & Company UK LLP | Closed |
| | Moelis Australia | Closed |
| Morgan Stanley & Co. LLC | AMLI/BPMT Towne Square Partnership | Current |
| | Morgan & Stanley & Co. LLC | Former |
| | Morgan Stanley AIP GP LP | Current |
| | Morgan Stanley Alternative Investments, LLC | Current |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Morgan Stanley Investment Management Limited | Current |
| | Morgan Stanley Mezzanine Partners | Current |
| | Morgan Stanley Real Estate Investing | Current |
| | Morgan, Stanley & Co. | Current |
| | MS MCC Highland LLC | Closed |
| | Prime Property Fund | Closed |
| Murphy Exploration & Production & Co. | Murphy Oil USA, Inc. | Closed |
| Nationwide Agribusiness Insurance Co. | Nationwide Mutual Insurance Company | Current |
| | Veterinary Pet Insurance Company | Current |
| Northern Trust Co., The | 50 South Capital Advisors, LLC | Current |
| Northern Trust Co., The, as Custodian | Northern Trust Fiduciary Services (Guernsey) Limited | Current |
| Paul Weiss Rifkind Wharton & Garrison LLP | John C. Godfrey | Current |
| PC Carigali Mexico Operations SA de CV | Petronas Energy Trading Limited | Current |
| Philadelphia Indemnity Insurance Co. | HCC Insurance Holdings, Inc. | Current |
| Tokio Marine Seguradora SA | HCC Life Insurance Company | Closed |
| | HCC Specialty Insurance Company | Closed |
| | HCC Specialty Underwriters, Inc. | Closed |
| | Houston Casualty Company | Closed |
| Prudential Insurance Co. of America Inc., The | Prudential Insurance Company of America | Closed |
| Repsol Exploracion Guyana SA | Repsol LNG Holding, S.A. | Closed |
| | Repsol Oil & Gas Canada Inc. | Current |
| | Repsol Oil & Gas USA, LLC | Closed |
| Republic Services Inc. | Consolidated Disposal Service, LLC | Closed |
| SG Paris Fixed Income | SG Americas Securities, LLC | Closed |
| SG Americas Securities LLC | | |
| Spectrum | Charter Communications Holdings, LLC | Current |
| | Charter Communications Operating, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Charter Communications, Inc. | Current |
| | Charter Communications, LLC | Current |
| | Charter/Comcast JV | Current |
| | Spectrum Management Holding Company, LLC | Current |
| | Time Warner Cable Inc. | Current |
| | Time Warner Cable Information Services (Kansas), LLC | Current |
| | Time Warner Cable LLC | Current |
| | TWC Communications, LLC | Current |
| Speedcast Communications Inc. | Globecomm Systems, Inc. | Current |
| Standard & Poor's LLC | Simon Jixiang Jin | Closed |
| Stifel, Nicolaus & Co. Inc. | Stifel, Nicolaus & Company, Inc. | Closed |
| Teachers Insurance & Annuity Association of America, The | Nuveen Alternatives Advisors, LLC | Current |
| | Teachers Insurance and Annuity Association of America | Closed |
| Technip USA Inc. | Technip-DeepOcean PRS JV DA | Closed |
| UBS Group AG | Seema Khanna | Current |
| | UBS AG, London Branch | Current |
| | UBS Asset Management Funds Limited | Current |
| | UBS Financial Inc. | Closed |
| | UBS Financial Services, Inc. | Closed |
| | UBS Global Asset Management Inc. | Closed |
| | UBS Hedge Fund Solutions LLC | Current |
| | UBS Investment Bank | Current |
| | UBS O'Connor LLC | Current |
| | UBS Securities Hong Kong Limited | Current |
| | UBS Securities LLC | Current |
| | UBS Warburg | Current |
| United Kingdom, Government of the, Board of Inland Revenue | Her Majesty's Treasury | Closed |
| United UATP Program | United AirLines, Inc. | Current |
| | United Continental Holdings, Inc. | Current |
| URS Corporation México S. de RL de CV | AECOM | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | AECOM-Canyon Real Estate Fund Advisors LLC | Current |
| Verizon Wireless Services LLC | Verizon Communications Inc. | Current |
| | Verizon New York, Inc. | Closed |
| Wells Capital Management Inc. | Jon Kossow | Current |
| Wells Fargo & Co. | Norwest Equity Capital, LLC | Closed |
| Wells Fargo Income Opportunities Fund | Norwest Equity Partners VIII, LP | Closed |
| Wells Fargo Multi-Sector Income Fund | Norwest Venture Partners VI-A, LP | Closed |
| Wells Fargo Utilities & High Income Fund | Norwest Venture Partners VII-A, LP | Closed |
| WFA PCL Collateral Account | Norwest Venture Partners VIII, LP | Closed |
| WFNBA Collateral Account Fbo | Wachovia Capital Partners Secondary Fund I, LP | Closed |
| | Wachovia Holdings Corporation | Closed |
| | Wachovia Investors, Inc. | Closed |
| | Wachovia Securities, LLC | Closed |
| | Wells Fargo Central Pacific Holdings, Inc. | Closed |
| | Wells Fargo Securities LLC | Current |
| | WFC Holdings Corporation | Closed |
| West LLC | Apollo Global Management, Inc. | Current |
| | Apollo Management International LLP | Current |
| | Intrado Corporation | Current |
| | Marc Rowan | Current |
| | Martin Kelly | Former |
| | MidCap Financial Services, LLC | Closed |
| Whitebox Advisors LLC | Whitebox Advisors LLC | Current |
| Whitebox Asymmetric Partners LP | | |
| Whitebox Credit Partners LP | | |
| Whitebox GT Fund LP | | |
| Whitebox Multi-Strategy Partners LP | | |
| Whitebox Relative Value Partners LP | | |
| Wilmington Trust NA | Wilmington Trust-London Limited | Current |
| York Risk Services Group Inc. | York Risk Services Group | Closed |

## **EXHIBIT B**

**Harp Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| HORNBECK OFFSHORE SERVICES, INC., *et al.*,[1] | ) |
| | ) Case No. 20-32679 (DRJ) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**DECLARATION OF
JAMES O. HARP, JR. IN SUPPORT OF THE DEBTOR'S
APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR
THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF MAY 19, 2020**

I, James O. Harp, Jr., Executive Vice President and Chief Financial Officer, of Hornbeck Offshore Services, Inc., being duly sworn, state the following under penalty of perjury:

1.     I am the Executive Vice President and Chief Financial Officer of Hornbeck Offshore Services, Inc. ("Hornbeck"), located at 8 Greenway Plaza, Suite 1525, Houston, Texas 77046.

2.     I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 19, 2020* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]    Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/hornbeck.  The location of the Debtors' service address is:  8 Greenway Plaza, Suite 1525, Houston, Texas 77046.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

**The Debtors' Selection of Counsel**

3.     The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.     Kirkland represented the Debtors in prior financial transactions, and the Debtors retained Kirkland because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code.  More specifically, Kirkland is familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient and timely manner.

**Rate Structure**

5.     In my capacity as Executive Vice President and Chief Financial Officer, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  Kirkland has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Kirkland charges for non-bankruptcy representations.  As discussed below, I am also responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Kirkland charged the Debtors in the prepetition period are the same as the rates Kirkland will charge the Debtors in the postpetition period.

**Cost Supervision**

6.     The Debtors have approved the prospective budget and staffing plan for the period from the Petition Date to July 7, 2020, recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and

expenses that will need to be addressed by the Debtors and Kirkland.  The Debtors further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the statements that Kirkland regularly submits, and, together with Kirkland, amend the budget and staffing plans periodically, as the case develops.

7.      As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 26, 2020

Respectfully submitted,

*/s/ James O. Harp, Jr.*
Name:  James O. Harp, Jr.
Title:  Executive Vice President and Chief Financial Officer
Hornbeck Offshore Services, Inc., on behalf of themselves and their Debtor affiliates