UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | * | CASE NO. 20-32679 |
| | * | |
| HORNBECK OFFSHORE SERVICES, INC., *et al.* | * | CHAPTER 11 |
| | * | |
| Debtors, | * | JOINTLY ADMINISTERED |
| | * | |

## NOTICE OF ELECTRONIC HEARING

A hearing is set for August 26, 2020 at 10:30 a.m. prevailing Central Time before Judge David R. Jones at the United States Court, Houston, Texas to consider:

- Joint Motion for Relief from Automatic Stay filed by Gulf Island Shipyards, LLC and Zurich American Insurance Company and Fidelity & Deposit Company of Maryland

**Electronic Appearances**

Please note that on March 24, 2020, through the entry of the Court's Orders related to its Invoking Emergency Protocol (G.O. 2020-4, -10, -10A, -11, -17, -18 and -19). The Orders may be found at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf.

Therefore, all persons who appear telephonically and also may appear via video at this hearing using the Court's electronic conference systems.

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via GoToMeeting.

2813754.1

Hearing appearances should be made electronically and in advance of the hearing. You may make your electronic appearances by:

1) Going to the Southern District of Texas website;

2) Selecting "Bankruptcy Court" from the top menu;

3) Selecting "Judges' Procedures and Schedules";

4) Selecting "View Home Page" for Judge Jones;

5) Under "Electronic Appearance" select "Click here to submit electronic appearance;"

6) Select *Hornbeck Offshore Services, et al.*, Case No. 20-32679 from the list of electronic appearance links, and

7) After selecting *Hornbeck Offshore Services, et al.*, Case No. 20-32679 from the list, complete the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the need to make an appearance on the record at the hearing.

**Audio Communication**

Audio communication will be conducted by use of the Court's regular dial-in number: 832-917-1510. At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for the hearing is Judge Jones' conference room number 205691. Each caller shall be responsible for its own long-distance charges.

Parties are encouraged to review the Court's procedures for telephonic appearances located at https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20-%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.pdf.

Attorneys, witnesses and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communications:**

Parties may participate in electronic hearings by use of an internet connection. The internet site is www.gotomeeting.com. A GoToMeeting application is available for download to computers, Chrome is generally recommended. A mobile version of the application is also available.

The code for joining this hearing before Judge Jones is "judgejones". You may also connect directly by clicking the link on Judge Jones' home page on the Southern District of Texas website (https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judge-david-r-jones). Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Witnesses may not be examined nor evidence offered by telephone/video, except in emergency situations in which the Court determines sufficient cause exists to waive the prohibition.

Copies of any pleadings may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Respectfully submitted this 13th day of August, 2020.

>/s/ Richard A. Aguilar
>Richard A. Aguilar (La. Bar No. 17439)
>Rudy J. Cerone (La. Bar No. 14137)
>Mark J. Chaney, III (La. Bar No. 35704)
>McGLINCHEY STAFFORD, PLLC
>601 Poydras Street, 12th Floor
>New Orleans, Louisiana 70130
>Telephone: (504) 586-1200
>Facsimile: (504) 596-2800
>raguilar@mcglinchey.com
>rcerone@mcglinchey.com
>mchaney@mcglinchey.com
>
>ATTORNEYS FOR
>GULF ISLAND SHIPYARDS

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2020, a true and correct copy of the forgoing *Notice of Electronic Hearing* was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in these chapter 11 cases and the following parties via first class mail:

| | |
|---|---|
| Hornbeck Offshore Services, Inc.<br>103 Northpark Blvd.<br>Suite 300<br>Covington, LA 70433 | Matthew D. Cavenaugh<br>Kristhy M. Peguero<br>Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010 |
| Charles R. Gibbs<br>Katten Muchin Rosenman LLP<br>1717 Main Street, Suite 3750<br>Dallas, TX 75201 | Hector Duran, Jr.<br>Jayson B. Ruff<br>Office of the U.S. Trustee<br>515 Rusk Ave., Suite 3516<br>Houston, TX 77002 |

>/s/ Richard A. Aguilar
>Richard A. Aguilar

2813754.1