IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HORNBECK OFFSHORE SERVICES, INC., *et al*.,[1] | ) Case No. 20-32685 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) (Formerly Jointly Administered under Lead Case: Hornbeck Offshore Services, Inc., Case No. 20-32679) |

**CERTIFICATE OF SERVICE**

I, Bowen A. Lord, depose and say that I am employed by Stretto, the claims, noticing, and solicitation agent for the Debtors in the above-captioned cases.

On September 28, 2020, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Final Decree Closing Certain of the Chapter 11 Cases** (Docket No. 315)

- **Order (A) Dismissing the Chapter 11 Case of HOS Wellmax Services, LLC, and (B) Granting Related Relief** (Docket No. 316)

Dated: September 30, 2020

*/s/ Bowen A. Lord*
Bowen A. Lord
STRETTO
8269 E. 23rd Avenue, Ste. 275
Denver, CO 80206
(720) 316-4812
Bowen.Lord@Stretto.com

---

[1] Due to the large number of Reorganized Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at http://cases.stretto.com/hornbeck. The location of the Reorganized Debtors' service address is: 8 Greenway Plaza, Suite 1525, Houston, Texas 77046. On September 23, 2020, the Court entered an order [Docket No. 315] closing the chapter 11 cases of all Reorganized Debtors other than Case No. 20-32685 (DRJ), In re Hornbeck Offshore Services, LLC, and the case of Debtor HOS WELLMAX Services, LLC, which was dismissed by order of the Court [Docket No. 316].

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ABS AMERICAS | KELSEY CRAMER - SUA RECIPIENT | PO BOX 301249 | | DALLAS | TX | 75303-1249 | |
| AD HOC CMTE UNSECURED NOTEHOLDERS | BRETT GOLDBLATT | 2029 CENTURY PARK EAST 33RD FLOOR | | LOS ANGELES | CA | 90067-3019 | |
| AD HOC CMTE UNSECURED NOTEHOLDERS | MICHAEL D. WARNER | 301 COMMERCE STREET SUITE 1700 | | FORT WORTH | TX | 76102 | |
| ASTROMARITIMA NAVEGAÇÃO S.A. | C/O BASILIO ADVOGADOS | RUA FIGUEIRA DE MELO NO. 338 | | SÃO CRISTÓVÃO RIO DE JANEIRO | RJ | | Brazil |
| BEIER RADIO LLC | TAMMY WARD | 1150 N CAUSEWAY BLVD | | MANDEVILLE | LA | 70471 | |
| BIO-UV GROUP | LISA BADANI | 850 AVENUE LOUIS MEDARD | | LUNEL | | 34400 | France |
| BOLLINGER SHIPYARDS INC. | STEPHEN WILLIAMSON KRISTINA LAGASSE | 201 ST. CHARLES AVE 40TH FLOOR | | NEW ORLEANS | LA | 70170 | |
| City of Allen | Linebarger Goggan Blair & Sampson | 2777 N. Stemmons Freeway Suite 100 | Attn: Elizabeth Weller | Dallas | TX | 75207 | |
| COASTAL DISTRIBUTORS INC. | APRIL TRAHAN | 211 VENTURE BLVD | | HOUMA | LA | 70360 | |
| COLLIN CNTY TAX ASSESSOR/COLLECTOR | ABERNATHY ROEDER BOYD & HULLETT PC | 1700 REDBUD BLVD SUITE 300 | ATTN: P LOPEZ LARRY BOYD EMILY HAHN | MCKINNEY | TX | 75069 | |
| COMMITTEE OF UNSECURED NOTEHOLDERS | ERIC STODOLA/GERARD UZZI/JAMES BALL | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2163 | |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: ATTORNEY GENERAL | CARVEL STATE OFFICE BUILDING | 820 N FRENCH STREET | WILMINGTON | DE | 19801 | |
| DELTA SUBSEA LLC | CAROLE HLOZEK | 550 CLUB DRIVE | SUITE 345 | MONTGOMERY | TX | 77316 | |
| DNV GL NOBLE DENTON USA LLC | IRENE PENA | 1400 RAVELLO DRIVE | | KATY | TX | 77449 | |
| DONOVAN MARINE INC. | LAURA TUCKER | PO BOX 1979 | | MEMPHIS | TN | 38101 | |
| ENVIRONMENTAL PROTECTION AGENCY | MAIL CODE 2310A - GENERAL COUNSEL | 1200 PENNSYLVANIA AVE NW | ARIEL RIOS BUILDING | WASHINGTON | DC | 20004 | |
| FIRE PROTECTION SERVICE INC | DANIELLE WILLIAMS | PO BOX 5218 | | HOUSTON | TX | 77262-5218 | |
| GE ENERGY POWER CONVERSION | GLENN REISMAN | PO BOX 417441 | | BOSTON | MA | 02241-7441 | |
| GNM MARITIMA INTERNACIONAL | CESAR ALFREDO MEDINA ALBORES | CALLE SAN CARLOS MANZANA | 201 LOTE 10 RESIDENCIAL SAN MIGUEL | CIUDAD DEL CARMEN | CM | 24157 | Mexico |
| GUIDANCE MARINE LLC - USA | COLLEEN BENNETT | 1313 MCARTHUR AVENUE | | HARVEY | LA | 70058 | |
| GULF ISLAND SHIPYARDS LLC | R. AGUILAR; R. CERONE; M. CHANEY | 601 POYDRAS STREET 12TH FLOOR | | NEW ORLEANS | LA | 70130 | |
| GULF ISLAND SHIPYARDS LLC | STEPHEN P. STROHSCHEIN | 301 MAIN STREET SUITE 1400 | | BATON ROUGE | LA | 70801 | |
| HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON | PO BOX 3064 | ATTN: TARA L. GRUNDEMEIER | HOUSTON | TX | 77253-3064 | |
| HORNBECK OFFSHORE SERVICES | KING & JURGENS LLC | 201 ST CHARLES AVE 45TH FLOOR | | NEW ORLEANS | LA | 70170 | |
| HOUSTON CAD | LINEBARGER GOGGAN BLAIR & SAMPSON | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | |
| HUISMAN NORTH AMERICA SERV | LINDA | 2502 WEHRING ROAD | | ROSENBERG | TX | 77471 | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPS | 2970 MARKET ST. | | PHILADELPHIA | PA | 19104-5016 | |
| INTERNAL REVENUE SERVICE | ATTN: DIRECTOR | DEPARTMENT OF TREASURY | | OGDEN | UT | 84201-0045 | |
| INTERNAL REVENUE SERVICE | HOUSTON DIVISION | 1919 SMITH STREET | | HOUSTON | TX | 77002 | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPS | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNATIONAL PAINT INC. | IP ORDER DESK NOL - SUA | PO BOX 847202 | | DALLAS | TX | 75284-7202 | |
| JUNEAU MARINE REFRIGERATION & A/C | TRACY LEBLANC | PO BOX 1620 | | HOUMA | LA | 70361-1620 | |
| KONGSBERG MARITIME INC | TOYA PINKSTON - SUA RECIPIENT | 10777 WESTHEIMER ROAD | SUITE 1200 | HOUSTON | TX | 77042 | |
| LOUISIANA ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL | 1885 N. THIRD ST | | BATON ROUGE | LA | 70802 | |
| LOUISIANA MACHINERY LLC | ROXANNE VESTAL | PO BOX 536 | | RESERVE | LA | 70084 | |
| MAKO UNLIMITED LLC | WENDY DUBOSE | PO BOX 81487 | | LAFAYETTE | LA | 70598 | |
| MARINE FAB AND REPAIR INC. | C. FRUGA | 211 VENTURE BLVD | | HOUMA | LA | 70360 | |
| MOTION / VOORHIES SUPPLY CO | TAMMY SIMMONS | PO BOX 504606 | | ST LOUIS | MO | 63150 | |
| NOV RIG SOLUTIONS SPARES | ANGELA WHITE | PO BOX 201202 | LEDGER 183 | DALLAS | TX | 75320-1202 | |
| OFFICE OF THE U.S. TRUSTEE | ATTN: JAYSON B. RUFF; HECTOR DURAN | 515 RUSK STREET | SUITE 3516 | HOUSTON | TX | 77002 | |
| PETROLEO BRASILEIRO S/A - PETROBRAS | ATTN: MARCO NERY FALBO | AVENIDA REPÚBLICA DO CHILE Nº 65 | CENTRO | RIO DE JANEIRO RJ CEP | | 20031-912 | Brazil |
| SCHOTTEL INC | JIM FREMIN | 1741 DENLEY ROAD | | HOUMA | LA | 70363 | |
| SEACATALOG.COM | EMILY FAZZIO - SUA RECIPIENT | 2261 DENLEY ROAD | | HOUMA | LA | 70363 | |
| SECURED LENDER GROUP | D. SCHAIBLE; D. KLEIN; S. MASSMAN | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | |
| SECURED LENDER GROUP | J. HIGGINS E. ENGLISH SHANE JOHNSON | 1000 MAIN STREET 36TH FLOOR | | HOUSTON | TX | 77002 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: A. CALAMARI - REG DIRECTOR | 200 VESEY ST STE 400 | NEW YORK REGIONAL OFFICE | NEW YORK | NY | 10281-1022 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: DIRECTOR | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SHELL (SOPUS PRODUCTS) | LEANEL CAMPOREDONDO | PO BOX 7247-6236 | DBA SHELL (SOPUS PRODUCTS) | PHILADELPHIA | PA | 19170-6236 | |
| SIEMENS INDUSTRY INC | JACK LOWENBERG | PO BOX 2715 | | CAROL STREAM | IL | 60132 | |
| SPEEDCAST COMMUNICATIONS INC | DWAYNE DECUIRE - SUA RECIPIENT | 4400 S. SAM HOUSTON PARKWAY E | | HOUSTON | TX | 77048 | |
| STATE OF LA DPT OF NATURAL RESOURCE | RYAN M. SEIDEMANN | PO BOX 94005 | | BATON ROUGE | LA | 70804-9005 | |
| TAYLORS INTERNATIONAL SER | SKYLAR SAVOIE | PO BOX 81154 | | LAFAYETTE | LA | 70598 | |
| TEXAS OFFICE OF ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL | 300 W. 15TH ST | | AUSTIN | TX | 78701 | |
| U.S. ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA | SUITE 2300 | HOUSTON | TX | 77002 | |
| UNCLAIMED PROPERTY DIV OF TX | JASON B. BINFORD | PO BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 3 | 1650 ARCH STREET | | PHILADELPHIA | PA | 19103-2029 | |
| US ENVIRONMENTAL PROTECTION AGENCY | REGION 6 | 1201 ELM STREET | SUITE 500 | DALLAS | TX | 75270 | |
| WARTSILA DYNAMIC POSITIONING | DEBBI POYNTER | 11710 N GESSNER RD | SUITE A | HOUSTON | TX | 77064 | |
| WILMINGTON TRUST NA | ATTN: DANIELLA WEBER CLIENT ADMIN | 50 SOUTH SIXTH STREET | SUITE 1290 | MINNEAPOLIS | MN | 55402 | |
| WILMINGTON TRUST NA | ATTN: NIKKI KROLL BANKING OFFICER | 50 SOUTH SIXTH STREET | SUITE 1290 | MINNEAPOLIS | MN | 55402 | |
| WILMINGTON TRUST NA | MEGHAN MCCAULEY; JEFF ROSE | 50 SOUTH SIXTH STREET | SUITE 1290 | MINNEAPOLIS | MN | 55402 | |
| WILMINGTON TRUST NATIONAL ASSOC | ATTN: MICHAEL D. WARNER | 301 COMMERCE STREET | SUITE 1700 | FORT WORTH | TX | 76102 | |
| WILMINGTON TRUST NATIONAL ASSOC | JAYME GOLDSTEIN AND GABRIEL SASSON | 180 MAIDEN LANE | | NEW YORK | NY | 10038-4982 | |
| ZURICH AMERICAN & FIDELITY DEPOSIT | C/O KREBS FARLEY & DRY PLLC | ATTN DAVID KREBS | 400 POYDRAS STREET SUITE 2500 | NEW ORLEANS | LA | 70130 | |
| ZURICH AMERICAN & FIDELITY DEPOSIT | C/O KREBS FARLEY & DRY PLLC | ATTN M FARLEY E SCHARFENBERG &J ORD | 400 POYDRAS STREET SUITE 2500 | NEW ORLEANS | LA | 70130 | |

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ABS AMERICAS | KELSEY CRAMER - SUA RECIPIENT | | abscreditcardpayment@eagle.org |
| BEIER RADIO LLC | TAMMY WARD | | accts.rec@beierradio.com |
| BIO-UV GROUP | LISA BADANI | | lisabadani@bio-uv.com |
| BOLLINGER SHIPYARDS, INC. | C/O GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS, EAGAN, LLC | ATTN: STEPHEN WILLIAMSON; KRISTINA LAGASSE | swilliamson@gamb.law klagasse@gamb.law |
| CITY OF ALLEN | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, | ATTN: ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| COASTAL DISTRIBUTORS INC. | APRIL TRAHAN | | accounting@coastaldistributors.com |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR | C/O ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL LOPEZ, LARRY BOYD, EMILY HAHN | bankruptcy@abernathy-law.com plopez@abernathy-law.com lboyd@abernathy-law.com ehahn@abernathy-law.com |
| DELTA SUBSEA LLC | CAROLE HLOZEK | | chlozek@deltasubsea-rov.com |
| DNV GL NOBLE DENTON USA LLC | IRENE PENA | | houston.accountsreceivable@dnvgl.com |
| DONOVAN MARINE INC. | LAURA TUCKER | | laurat@donovanmarine.com |
| ENVIRONMENTAL PROTECTION AGENCY | | | leopold.matt@epa.gov |
| FIRE PROTECTION SERVICE INC | DANIELLE WILLIAMS | | accounting@fps-usa.com |
| GE ENERGY POWER CONVERSION | GLENN REISMAN | | glenn.reisman@ge.com |
| GNM MARITIMA INTERNACIONAL | CESAR ALFREDO MEDINA ALBORES | CALLE SAN CARLOS MANZANA | calbores@maritima-internacional.com.mx |
| GUIDANCE MARINE LLC - USA | COLLEEN BENNETT | | creditcontrol@guidance.eu.com |
| GULF ISLAND SHIPYARDS, LLC | C/O MCGLINCHEY STAFFORD, PLLC | ATTN: RICHARD A. AGUILAR; RUDY J. CERONE; MARK J. CHANEY, III | raguilar@mcglinchey.com rcerone@mcglinchey.com mchaney@mcglinchey.com |
| GULF ISLAND SHIPYARDS, LLC | C/O MCGLINCHEY STAFFORD, PLLC | ATTN: STEPHEN P. STROHSCHEIN | sstrohschein@mcglinchey.com |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@publicans.com |
| HORNBECK OFFSHORE SERVICES, INC. | C/O KING & JURGENS, LLC | ATTN: HENRY A KING | hking@kingjurgens.com |
| HOUSTON CAD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, | ATTN: TARA L. GRUNDEMEIER | houston_bankruptcy@publicans.com |
| HUISMAN NORTH AMERICA SERV | LINDA | | accounting@huisman-na.com |
| INTERNATIONAL PAINT INC. | IP ORDER DESK NOL - SUA | | iporderdesknol@akzonobel.com |
| JUNEAU MARINE REFRIGERATION AND AIR CONDITIONING | TRACY LEBLANC | | tracy@rocketmail.com |
| KONGSBERG MARITIME INC | TOYA PINKSTON - SUA RECIPIENT | | toya.pinkston@km.kongsberg.com |
| LOUISIANA MACHINERY LLC | ROXANNE VESTAL | | michael.murzi@louisianacat.com |
| MAKO UNLIMITED LLC | WENDY DUBOSE | | wendy@makounlimited.com |
| MARINE FAB AND REPAIR INC. | C. FRUGA | | accounting@coastaldistributors.com |
| MOTION / VOORHIES SUPPLY CO | TAMMY SIMMONS; JOSIE WILEY | | Josie.Wiley@motion-ind.com |
| NOV RIG SOLUTIONS SPARES | ANGELA WHITE | | angela.white@nov.com |
| OFFICE OF THE U.S. TRUSTEE | ATTN: JAYSON B. RUFF; HECTOR DURAN, JR | | jayson.b.ruff@usdoj.gov Hector.Duran.Jr@usdoj.gov |
| SCHOTTEL INC | JIM FREMIN | | jfremin@schottel.com |
| SEACATALOG.COM | EMILY FAZZIO - SUA RECIPIENT | | efazzio@okeanus.com |
| SECURED LENDER GROUP | C/O PORTER HEDGES LLP | ATTN: JOHN HIGGINS; ERIC ENGLISH; M. SHANE JOHNSON | jhiggins@porterhedges.com eenglish@porterhedges.com sjohnson@porterhedges.com |
| SECURED LENDER GROUP | C/O DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN SCHAIBLE; DARREN KLEIN; STEPHANIE MASSMAN | damian.schaible@davispolk.com darren.klein@davispolk.com stephanie.massman@davispolk.com |
| SHELL (SOPUS PRODUCTS) | LEANEL CAMPOREDONDO | DBA SHELL (SOPUS PRODUCTS) | leanel.camporedondo@shell.com |
| SIEMENS INDUSTRY, INC | JACK LOWENBERG | | jack.lowenberg@siemens.com |
| SPEEDCAST COMMUNICATIONS INC | DWAYNE DECUIRE - SUA RECIPIENT | | collections.america@speedcast.com |
| TAYLORS INTERNATIONAL SER | SKYLAR SAVOIE | | ssavoie@taylors-international.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| THE AD HOC COMMITTEE OF UNSECURED NOTEHOLDERS | C/O COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER | mwarner@coleschotz.com |
| THE AD HOC COMMITTEE OF UNSECURED NOTEHOLDERS | C/O MILBANK LLP | ATTN: ERIC K. STODOLA; GERARD UZZI; JAMES BALL | GUzzi@milbank.com EStodola@milbank.com JBall@milbank.com |
| THE AD HOC COMMITTEE OF UNSECURED NOTEHOLDERS | C/O MILBANK LLP | ATTN: BRETT GOLDBLATT | BGoldblatt@milbank.com |
| U.S. ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | | usatxs.atty@usdoj.gov |
| UNCLAIMED PROPERTY DIVISION OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD | jason.binford@oag.texas.gov |
| WARTSILA DYNAMIC POSITIONING | DEBBI POYNTER | | debbi.poynter@wartsila.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | MEGHAN MCCAULEY; JEFF ROSE | | mmccauley@wilmingtontrust.com jrose@wilmingtontrust.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: NIKKI KROLL, BANKING OFFICER | | nkroll@wilmingtontrust.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: DANIELLA WEBER, CLIENT | | dweber@wilmingtontrust.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | C/O STROOCK & STROOCK & LAVAN LLP | ATTN: JAYME T. GOLDSTEIN AND GABRIEL SASSON | jgoldstein@stroock.com gsasson@stroock.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | C/O COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER | mwarner@coleschotz.com |
| ZURICH AMERICAN INSURANCE COMPANY & FIDELITY DEPOSIT COMPANY OF MARYLAND | C/O KREBS, FARLEY & DRY, PLLC | ATTN DAVID KREBS | dkrebs@krebsfarley.com |
| ZURICH AMERICAN INSURANCE COMPANY & FIDELITY DEPOSIT COMPANY OF MARYLAND | C/O KREBS FARLEY & DRY, PLLC | ATTN: MATT FARLEY, ELLIOT SCHARFENBERG, & JON ORD | mfarley@krebsfarley.com escharfenberg@krebsfarley.com jord@krebsfarley.com |