

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/02/2020

| | | |
|---|---|---|
| IN RE | * | CASE NO. 20-32679 (DRJ) |
| | * | |
| **HORNBECK OFFSHORE SERVICES, INC.,** *et al.*[1] | * | CHAPTER 11 |
| | * | |
| | * | (Jointly Administered) |
| Reorganized Debtors. | * | (Formerly Jointly Administered under |
| | * | Lead Case: Hornbeck Offshore |
| | * | Services, Inc., Case No. 20-32679) |
| | * | |

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
(Docket No. 141)

Upon the Joint Motion for Relief from the Automatic Stay [Docket No. 141] (the "Motion")[2] filed by Gulf Island Shipyards, LLC ("Gulf Island") and Zurich American Insurance Company and Fidelity & Deposit Company of Maryland (collectively, the "Sureties") for entry of an order providing relief from the automatic stay to proceed with the State Court Action (as defined in the motion); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion and subsequent proceedings in these cases showing that the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 7] (the "Plan") was confirmed by that certain

---

[1] Due to the large number of Reorganized Debtors in these chapter 11 cases, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at http://cases.stretto.com/hornbeck. The location of the Reorganized Debtors' service address is: 8 Greenway Plaza, Suite 1525, Houston, Texas 77046. On September 23, 2020, the Court entered an order [Docket No. 315] closing the chapter 11 cases of all Reorganized Debtors other than Case No. 20-32685 (DRJ), *In re Hornbeck Offshore Services, LLC,* and the case of Debtor HOS WELLMAX Services, LLC, which was dismissed by order of the Court [Docket No. 316].

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

2

*Order (I) Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization and (II) Granting Related Relief* [Docket No. 221] (the "Confirmation Order") and the Effective Date of the Plan occurred on September 4, 2020, as evidenced by that certain *Notice of Occurrence of the Effective Date* [Docket No. 308]:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion be, and is hereby, dismissed as moot.

Signed:  November 30, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE